147.     Article I Defendants have denied Plaintiff's repeated requests to honor his First Amendment rights, including the Free Exercise of Religion, to visit their individual offices within the Complex. That denial had a concurrent, chilling effect, denying Plaintiff the Free Exercise of Religion in the fifteen possible combinations with his First Amendment rights of speech, press, assembly, and petition. Plaintiff has been unable to fully report on Congress, advocate for change, and present his in-person, written demand that the "broken" Public Debt limit finally be answered for, by Congress, in a lengthy public process before the nation. An American version of the *Truth and Reconciliation Commission*, as proposed by Plaintiff in his, as-yet-undelivered, formal Petition For Redress.

### Count X: Violation of John Paul Durbin's Constitutional Rights of Freedom of Speech as guaranteed by the First Amendment

148.     All foregoing Paragraphs are incorporated as if fully set forth herein.

149.     Article I Defendants have denied Plaintiff's repeated requests to honor his First Amendment rights, including the Freedom of Speech, to visit their individual offices within the Complex. That denial had a concurrent, chilling effect, denying Plaintiff the Freedom of Speech in the fifteen possible combinations with his First Amendment rights of religion, press, assembly, and petition. Plaintiff has been unable to fully report on Congress, advocate for change, and present his in-person, written demand that the "broken" Public Debt limit finally be answered for, by Congress, in a lengthy public process before the nation. An American version of the *Truth and Reconciliation Commission*, as proposed by Plaintiff in his, as-yet-undelivered, formal Petition For Redress.

### Count XI: Violation of John Paul Durbin's Constitutional Rights of Freedom of Press as guaranteed by the First Amendment

150.     All foregoing Paragraphs are incorporated as if fully set forth herein.

151.     Article I Defendants have denied Plaintiff's repeated requests to honor his First Amendment rights, including his Press Freedom, to visit their individual offices within the Complex in furtherance of his reporting which is 179° opposite of the stories pedaled by the 1,300 credentialed

members of the Congressional Press Galleries, who have worked, hand-in-hand, with their buddies in Congress to conceal the story of the "broken" Public Debt limit from the nation and unwary bondholders. That denial had a concurrent, chilling effect, denying Plaintiff his Press Freedom in the fifteen possible combinations with his First Amendment rights of religion, speech, assembly, and petition. Plaintiff has been unable to fully report on Congress, advocate for change, and present his reporting in-person, demand that the "broken" Public Debt limit finally be answered for in a lengthy public process before the nation. An American version of the *Truth and Reconciliation Commission*, as proposed by Plaintiff in his, as-yet-undelivered, formal Petition For Redress.

### Count XII: Violation of John Paul Durbin's Constitutional Rights of Freedom of Assembly as guaranteed by the First Amendment

152.    All foregoing Paragraphs are incorporated as if fully set forth herein.

153.    Article I Defendants have denied Plaintiff's repeated requests to honor his First Amendment rights, including Freedom of Assembly, to visit their individual offices within the Complex. That denial had a concurrent, chilling effect, denying Plaintiff's Freedom of Assembly in the fifteen possible combinations with his First Amendment rights of religion, speech, press, and petition—not one of which can be used, enjoyed, exercised, or attempted within the Complex without this "master key." Plaintiff has been unable to fully report on Congress, advocate for change, and present his in-person, written demand that the "broken" Public Debt limit finally be answered for in a lengthy public process before the nation. An American version of the *Truth and Reconciliation Commission,* as proposed by Plaintiff in his, as-yet-undelivered, formal Petition For Redress.

### Count XIII: Violation of John Paul Durbin's Constitutional Right To Petition the Government For a Redress of Grievances

154.    All foregoing Paragraphs are incorporated as if fully set forth herein.

155.    Article I Defendants have denied Plaintiff's repeated requests to honor his First

Amendment rights, including right to Petition the Government For a Redress of Grievances, to present that document—not only once, but as many times as Plaintiff deems necessary—directly to their individual offices within the Complex. That denial had a concurrent, chilling effect, denying Plaintiff's right to Petition Government For a Redress of Grievances, in the fifteen possible combinations of his other First Amendment rights, of religion, speech, press, and assembly. Plaintiff has been unable to petition Congress, advocate for specific changes, and present his petition in-person, demanding an American version of the *Truth and Reconciliation Commission*, as proposed, by Plaintiff, in his, as-yet-undelivered, formal, Petition For Redress.

### Count XIV: Violation of John Paul Durbin's Constitutional Right of Press Freedom, by Refusing to Grant a Formal Press Credential and Standing

156.     All foregoing Paragraphs are incorporated as if fully set forth herein.

157.     Defendants Johnson, Klobuchar, Fischer, and past-and-current members of the Senate Rules and Administration Committee have denied Plaintiff's written requests to honor his First Amendment rights by granting him a credential and standing as a professional journalist. These Defendants are the congressional officers so empowered, under the rules of the House and Senate, to serve as the final adjudicating authority for press credentials. Plaintiff has been unable to fully report on Congress, lacking this credential and standing. Plaintiff has been unable to plan a trip to Capitol Hill, uncertain about his entrance into and transit throughout the Complex during "normal business hours," when the seven congressional offices buildings are, *so they say*, "open to the public." Not only has Plaintiff been unable to advance his reporting—his-style, his-way, including his aggressive and disrespectful written badgering of the members of Congress—but Plaintiff will suffer irreparable harm . . .  *when this scandal breaks* . . . because that once-in-a-lifetime opportunity to be on the scene, on Capitol Hill, as the pushy, aggressive, outsider-reporter WHO BROKE THE STORY, who sued in the courts to be granted his press access to Capitol Hill. . . . he won't be there, credentialed,

familiar with the lay of the land, because Congress and its dishonest press guild had already "filled" all of the constitutionally-protected reporting slots necessary for the nation to know what was going on, in Congress. With the runaway spending. And they keep raising the Public Debt limit. Right?

## Harm and Distress suffered by John Paul Durbin, as a direct result of Violations of Law, Counts IX through XIV

158.    All foregoing Paragraphs are incorporated as if fully set forth herein.

159.    Plaintiff John Paul Durbin has sought to peacefully assemble within the Complex during "normal business hours" when those buildings "are open to the public." Plaintiff has sought this access so that he might advance and enjoy his First Amendment rights: of the free exercise of his religion, engage in what he deems necessary speech, including the in-person transmission of his correspondence and documents to the receptionist offices for some-if-not-all of the members of Congress. As citizen-journalist, Plaintiff sought this "protected" access to the offices of members of Congress within the Complex to further his reporting. And, as a citizen, and citizen-journalist-activist, push the members of Congress to answer for their fiscal crimes with an extensive, specific, orderly public process—which the Plaintiff, as citizen-petitioner, has been unable to formally and safely (for himself and them) present directly to the members of Congress at their individual offices on Capitol Hill. In light of the thirteen-years-plus dishonesty and deceit by Congress, the institution, and by all of its members, the only possible, sufficient, and reasonable process to come must be one that's televised live before the nation, an American *Truth and Reconciliation Commission*. The only way such an event might begin—and have any chance at legitimacy, let alone any believability and trust by the American people—will be for a neutral, outside person to make such an important proposition. I am that man and my specific proposals come from my 14 years of dedicated work, not only trying to understand and report on what was done, but propose the answers needed to reinvent, publicize, and make honest—the annual appropriation process in Congress.

160.    Plaintiff, as citizen, as citizen-journalist, is advocating for the restoration of honest, transparent, orderly, calm, deliberative, and accountable: public government, one which is financially sound and sustainable and answers directly to the American people, without any media standing in the way. The Plaintiff-as-citizen seeks to help save his nation from financial ruin, as the citizen-journalist-activist seeks the public process necessary, as the conspiracy of silence ends, so that by his advocacy, through his reporting and by the dogged pursuit by-all-means-necessary of his First Amendment rights, this story will finally be before the nation, with his reporting front-and-center as the only journalist truth-teller in the nation. And then, at long last, to be able to earn the financial rewards in the marketplace, for his fifteen years of work, for which he has yet to earn a dime.

161.    Plaintiff has sought and illegally been denied has right of assembly into and throughout the complex. From his pointed, muscular correspondence to them, the Plaintiff is known by Congress, its leaders, officers, and members, as a forceful voice, the only citizen, the only reporter in the nation challenging them for their part in the illegal borrowings by Treasury, from a "broken" Public Debt limit, damaged far beyond legality, by the Congress itself, in laws which it has authored and passed, and the oversight which it is legally required to do, which it has intentionally failed.

162.    Plaintiff has sought and illegally been denied his right of petition, that he might personally deliver to members of Congress. A petition, laying out his case against Congress, including over seventy events, transgressions, and failures by the Congress, which the Plaintiff has called, each one, an Article of Impeachment. Truly, these financial crimes against the nation easily meet the standard of "high crimes and misdemeanors." While Plaintiff is not a special prosecutor nor and independent counsel, Plaintiff, as citizen, as citizen-journalist, as citizen-journalist-activist, has sought to directly challenge the Congress, its leaders and members, so that "this long train of abuses and usurpations" may end and may finally be answered for, by Congress, to the nation. A petition,

which proposes the only possible path forward for the consideration of these matters before the nation, as citizens sit in judgment of their Congress and president and of the misdeeds by all.

163.     By the denial of Plaintiff's First, Fourth, Fifth, and Fourteenth Amendment rights, Plaintiff has and continues to suffer great emotional distress and has been unable to earn of living, as he would report on a dysfunctional federal government and its illegal acts which include an ongoing conspiracy between the Article I and Article II branches. That reporting will never be heard, listened to, or be believed while everyone in the executive branch, everyone in the Congress, all of the political and financial press, and every individual and enterprise in the world of finance remains committed to hiding the crimes of Congress for fear of the great financial, economic, political, social, and national security costs of exposing these crimes and putting right the finances of the nation.

164.     Absent actions by this Court, Plaintiff will continue to suffer serious and irreparable harm to his constitutional rights, continuing emotional distress, and an inability to earn a living without the vindication of his First Amendment rights, further protected by the Fourth, Fifth, and Fourteenth Amendments and federal law.

165.     Plaintiff John Paul Durbin seeks declaratory relief, along with temporary, preliminary, and permanent injunctive relief, to prevent the Government from its continuing infringement upon Plaintiff's constitutional and statutory rights.

166.     Plaintiff John Paul Durbin is entitled to nominal, compensatory, and punitive damages.

## PRAYER FOR RELIEF

Plaintiff respectfully requests this Honorable Court grant the following relief:

(1)     Declaratory relief that the Public Debt limit of the United States is $14.294 trillion, as stated in 31 U.S.C. § 3101(b);

(2)     Declaratory relief that the allowance for $2.1 trillion in additional Debt, as stated

in 31 U.S.C. §§ 3101A(a)(1), 3101A(a)(2)(i), applies only to Debt issued by Treasury, from August 2, 2011, through December 31, 2012, still outstanding, as originally issued;

(3)     Declaratory relief that the current level indebtedness, managed by the United States Treasury, in violation of 31 U.S.C. §§ 3101(b), 3101A(a)(1), and 3101A(a)(2)(i);

(4)     Declaratory relief that the Treasury Department, the president, and Congress, have violated the Fourteenth Amendment to the Constitution;

(5)     Declaratory relief that eight suspensions of the Public Debt limit, in Pub. L. 113-3, 113-46, 113-83, 114-74, 115-56, 115-123, 116-37, and 118-5 were unconstitutional and illegal;

(6)     A temporary restraining order, preliminary, and permanent injunctive relief enjoining Defendants from the sale of Public Debt by Treasury, of Bills, Bonds, and Notes, as long as the total outstanding debt of the nation, as reported by Treasury's "Debt to the Penny" daily report, exceed $14.294 trillion and whatever outstanding of Treasury Debt authorized by Pub. L. 112-25, sold between August 2, 2011, and December 31, 2012, remains;

(7)     Appointment of a Special Master. *See* Fed. R. Civ. P. 53. Should Defendants and Congress change 31 U.S.C. §§ 3101(b) and 3101A before this Court conducts its trial and returns a verdict, stating a dollar amount greater than the current indebtedness of the nation, currently more than $36 trillion, this Special Master will advise the Court whether that action corrected all possible problems with the Public Debt. Pretrial, should Defendants and Congress change 31 U.S.C. §§ 3101(b) and 3101A, eliminating a stated dollar amount in these sections or their outright repeal, this Special Master will advise the Court whether those actions corrected all possible problems with the Public Debt. Based upon the history of the Public Debt limit currently before this Court, beginning with Pub. L. 112-25, of August 2, 2011, continuing through Pub. L. 118-5, of June 3, 2023, it will be even more imperative for all parties to have a neutral, outside "master" advise the Court whether all changes in law have eliminated any and all legal questions regarding the status of the Debt of the

United States, including the legality of every Treasury Bill, Note, and Bond, based upon the contract language of each instrument, regardless of its date of issue. Should the likely, rushed legal changes regarding the Public Debt occur, including attempts to indemnify the Government, along with securities brokers and dealers, and all parties involved in the sale and resale of United States Debt, given the 13-years-long-plus status of the Debt of the nation now called into question by this lawsuit, the Court cannot take upon face value any assertions by the Defendants that all clouds upon the Public Debt, its traders and dealers, have been "cured" by their changes to the United States Code. Post-trial, appointment of a Special Master may be necessary to assist the Court in the implementation of its rulings, including all of the steps the Court deems necessary to clear away every last cloud on the Public Debt of the United States;

(8)    An order compelling Defendants to present to the Court within 21 days a plan to bring Treasury into compliance with 31 U.S.C. §§ 3101(b) and 3101A, with that compliance to be completed within 60 days of the submission of the plan to the Court;

(9)    Enter a temporary restraining order, preliminary, and permanent injunctive relief requiring Defendant members of Congress, by letter, commit to the following protections of John Paul Durbin's First Amendment rights, to include Plaintiff's: (A) Free Exercise of Religion, including his right to be in the Complex for the sole purpose of delivering prayerful and religious notes to the receptionists for members of Congress, those written sentiments which commingle the Plaintiff's deeply held religious beliefs with his heartfelt calling to spread a political gospel in the furtherance of honest, transparent, orderly, calm, deliberative, and accountable: public government; (B) Plaintiff's First Amendment Rights of Religion includes an additional 15 combinations with his rights speech, press, assembly, and petition;

(10)    Enter a temporary restraining order, preliminary, and permanent injunctive relief requiring Defendant members of Congress, by letter, commits to the following protections of John

Paul Durbin's First Amendment rights, to include Plaintiff's: (A) Freedom of Speech, including Plaintiff's rights to be in the Complex for the sole purpose of verbally speaking with congressional staffers and receptionists, without having an appointment, or to bring with him any written speech that he chooses without limitation on the numbers of pages or the number of offices visited during the "open to the public" hours; (B) Plaintiff's First Amendment Rights of Speech includes an additional 15 combinations with his rights of freedom of religion, press, assembly, and petition;

(11)    Enter a temporary restraining order, preliminary, and permanent injunctive relief requiring Defendant members of Congress, by letter, commits to the following protections of John Paul Durbin First Amendment rights, to include Plaintiff's Press rights, which acknowledges his rights as a citizen-journalist to: (A) be in the Complex to visit the seven congressional office buildings and the Capitol Building for the sole purpose of reporting on Congress and its members, its actions and policies, on its public deliberations; (B) Plaintiff may visit congressional offices to speak with staffers and receptionists in pursuit of his reporting without having an appointment; (C) Plaintiff may bring with him any written reporting, documents and papers he choose, seeking responses to his written questions, without limitation on the numbers of pages he brings or the number of offices he visits; (D) Plaintiff's First Amendment Press rights includes an additional 15 combinations with his rights religion, speech, assembly, and petition;

(12)    Enter a temporary restraining order, preliminary, and permanent injunctive relief requiring Defendant members of Congress, by letter, commits to the following protections of John Paul Durbin's First Amendment rights, to include Plaintiff's: (A) Freedom of Assembly, which protects his rights as a citizen to be in the United States Capitol Hill Office Complex, to visit the seven congressional office buildings (Cannon, Ford, Longworth, Rayburn, Dirksen, Hart, Russell) and the Capitol Building for the sole purpose of wandering the public spaces, hallways and corridors, visiting the receptionists offices of members of Congress, to be in the moment as a thoughtful

citizen-observer without a need or desire to speak with congressional staffers and receptionists or to deliver any written religious pamphlet or tract, written speech or reporting, or petition; (B) Plaintiff may wander, assemble, in these public spaces of these buildings during those hours when these buildings are "open to the public"; (C) Plaintiff's First Amendment Rights of Assembly includes an additional 15 combination with his rights of religion, speech, press, and petition;

(13)  Enter a temporary restraining order, preliminary, and permanent injunctive relief requiring Defendant members of Congress, by letter, commits to the following protections of John Paul Durbin's First Amendment rights, to include Plaintiff's: (A) Right to Petition the Government For a Redress of Grievances, which protects his rights as a citizen to be in the Complex, to visit the seven congressional office buildings and the Capitol Building for the sole purpose of delivering his petition to members of Congress; (B) Plaintiff's right to Petition the Government For a Redress of Grievances may be a document, from a single page to hundreds of pages, personally delivered to as many individual congressional offices as the Plaintiff chooses, for any one day or as many as he chooses, with no appointments necessary for the presentation-delivery by the Plaintiff of his Petition to congressional receptionists; (C) Plaintiff's right to Petition the Government For a Redress of Grievances is an enduring right, not limited to a one-time delivery of a single document, but extends to as many petitions as citizen John Paul Durbin deems necessary and wishes to present to members of Congress; (D) Plaintiff's access to Petition the Government For a Redress of Grievances shall be unrestricted by the number of offices he visits during the "open to the public" hours of the United States Capitol Hill Office Complex; (E) Plaintiff's First Amendment Rights of Petition includes an additional 15 combinations with his rights of freedom of religion, speech, press, and assembly;

(14)  That the Court judge, decree, declare, and render a Declaratory Judgment that the refusal by Defendant members of Congress to act upon the written requests of John Paul Durbin for his First Amendment rights, to confirm and validate Plaintiff's rights to engage with members of

Congress, to confirm and validate Plaintiff's First Amendment Press rights, including his access to the seven congressional office buildings of the Complex and the Capitol Building during those hours when each individual building is "open to the public," detailed in this complaint, have been and are unconstitutional on their face and has suppressed all five of John Paul Durbin's First Amendment rights, in violation of the First, Fourth, Fifth, and Fourteenth Amendments to the United States Constitution and federal law;

(15)    That the Court judge, decree, declare, and render a Declaratory Judgment that that (i) a First Amendment press right for professional journalists exists beyond and outside the current arrangements between Congress and the Congressional Press Galleries. (ii) Plaintiff has demonstrated a prima facie case for his status as a professional journalist. (iii) The current practices of Congress for press accreditation are insufficient to accommodate this Plaintiff. (iv) Congress may not, may never, confer accreditation of "other professional journalists" to the existing Congressional Galleries, as that (v) would and does violate due process and equal protection, allowing one "class" of journalists to hold accreditation power over a "different kind of professional journalist," perhaps a citizen-journalist-activist, who would, in fact and by practice, be both a competitor and a journalist whose professional reporting style, viewpoint, journalistic ethics, employment and compensation would be so radically different from theirs. (vi) Since the House and Senate, respectfully, do not have an existing process for the accreditation professional journalists who are not Washington-based, and (vii) having failed to respond to the Plaintiff in a timely and forthcoming manner, (viii) the Court finds that the speaker of the House and the Senate Rules and Administration Committee have violated Plaintiff's First Amendment press rights and (ix) must, forthwith, award him a press credential, (x) to include the photo I.D. badge-on-a-lanyard worn by everybody else.

(16)    That the Court judge, decree, declare, and render a Declaratory Judgment that the specific acts requested by John Paul Durbin, of his First Amendment rights, to engage with members

of Congress, upon Capitol Hill, including his access to the seven congressional office buildings of the Complex and the Capitol Building during those hours when each individual building is "open to the public," detailed in this complaint, do not violate any of the provisions of 40 U.S.C. § 5104 (e)(2), including 40 U.S.C. § 5104 (e)(2)(C)(i).

(17)    The Court retains jurisdiction of this matter for the purposes of enforcing the orders of the Court;

(18)    Award John Paul Durbin nominal, compensatory, and punitive damages;

(19)    Award John Paul Durbin reasonable costs and attorney's fees pursuant to 28 U.S.C. § 2412 and 42 U.S.C. § 1988;

(20)    Grant John Paul Durbin such other relief as the Court deems necessary and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.


Dated: January 8, 2025                    Respectfully submitted,

                                By: _____
                                JOHN PAUL DURBIN
                                P.O. Box 66
                                Walhonding, OH 43843
                                (571) 250-0112

# Exhibits

1. **Public Debt Limit, as stated in the United States Code**
   31 U.S.C. § 3101(b), with commentary by the Plaintiff.

2. **White House/Office of Management and Budget Table 7.3**
   Here "lies" the administration's (present, past and administrations) continuing pretense of an existing, "stated" Debt limit, supposedly boosted to $31.382 trillion by the second Biden Debt event of December 16, 2021. The *lie* of a specific, stated limit is perpetuated by this OMB table. It looks real, specific, and impressive. *But it has nothing to do with the U.S. Code.* **Exhibit 2, in *Durbin v. Biden*, is the exact Exhibit 2, submitted by John Paul Durbin, in *N.A.G.E. v. Yellen*, Massachusetts federal district court,** Case 1:23-cv-11001-RGS. There, listed as Document 35-1, Exhibit 2, appearing as page 6 on the Exhibit page, but as "Page 3 of 10," for Document 35-1. **Of special note:** since the filing of the Amicus Curiae brief by the John Paul Durbin, in *N.A.G.E. v. Yellen*, OMB has changed this public table, eliminating all of the verbiage in Column C, as an explanation for the two, "fake" Debt limit additions, of October and December 2021. Those explanations must have seemed "problematic" to OMB, as Citizen Durbin pointed out the illegality and absurdity of those dollar amounts, added to what had-not-been in the law, an legal amount preceding to which these amounts were added to. The new language insert by OMB reads: "Increased the debt limit to."

3. **"Stated dollar amount amendments," 1983 through 2010**
   In 1983 Congress eliminated a distinction between some of the Debt called "permanent," and some called "temporary." For the next 27 years, through Pub. L. 111-139, of February 12, 2010, each "increase" in the Debt limit *was stated, with a specific dollar amount*. This is a full-page recitation of the footnotes of 31 U.S.C. § 3101 (more clearly showing the historical context; available online).

4. **The Debt games Congress played over the last 50 years**
   Brief, historical reporting of the spending-and-debt games of Congress, beginning with the 1974 Nixon-era law establishing the current budget and appropriation processes for Congress. Over the first 21 years of that law, Congress completed passage of the annual appropriations by their September 30 due date, four times, for FY1977, FY1989, FY1995, and FY1997. Since then, Congress failed to pass annual spending on time—28 years-in-a-row, totaling 3,231 days late (and counting, through January 2, 2025), averaging 116 days late for each year. It was a Congress which had strung 14-years-in-a-row for the late passage of spending, almost always approved in a hurry, which hastily passed the secret, backroom Debt deal negotiated by Vice President Joe Biden and then-Senate minority leader Mitch McConnell, in August 2011. Since then, Congress passed ten more "failed" Debt limit bills, while concurrently failing to pass spending on time for the next-14 years. These events are all connected. These politicians don't want to be accountable for anything. Not spending. Not Debt. And: they're unwilling to own up to any of their past mistakes.

5. **(a) Petition For Redress (opening), John Paul Durbin, petitioner**

Plaintiff has been attempting to gain access to the Capitol Hill Office Complex in Washington, D.C. Plaintiff's repeated requests to congressional leaders and members have been met with no response. Plaintiff is calling on Congress to commit to a public process, to stand before the American people to answer to the charges against the institution and against its individual members. Exhibit 5a is presented to the court to provide needed context: (i) for the ultimate act of petition, as the citizen-journalist-activist Plaintiff has sought, and seeks, to have Congress answer to the nation for its past crimes and the current state of the nation's finances. (ii) This mess will likely begin as financial markets buckle, with the filing of this case in federal court; it has always been the wish of citizen-journalist-activist John Paul Durbin for Congress to address these matters, initially, behind closed doors, then quickly before the nation, rather than having it all begin in financial markets; the actions of the leaders of Congress and its members over the last 60 months have squandered any chance for that calmer, rational and sane beginning for what would still have been be a colossal mess. (iii) The only possible way forward, for the nation, its citizens, and financial markets, will have to be a kind of American *Truth and Reconciliation Commission*, the likes of which the nation has never seen. That process must begin in and be grounded by a recitation of the facts, the crimes of Congress, as those are explained to the nation in complete detail and the 119th Congress, by resolution passed, admits to what's gone on and accepts full responsibility for all of the acts of the last thirteen years. With that introduction, comes this Debt Limit Resolution for the Court, as it presents the brief details of the action by Congress, on the Public Debt limit, beginning August 2, 2011.

**(b) Debt Limit Resolution (Public Debt Limit events, 2011–2023)**

Citizen petitioner asks the 119th Congress to debate and pass this joint resolution, as Congress accepts responsibility for its actions—and failures—over the last 13 years. This resolution highlights details of the 11 "false" Debt events, beginning with the Budget Control Act of 2011, also known as Obama-Biden-McConnell.

**(c) Take Responsibility & (d) Will Congress Answer**

This court suit. These exhibits. The tone and the muscular thrust of every sentence. This is not the place for these words or these sentiments. Alas, there is no other place. That has been the message conveyed to this ordinary citizen, first-time book author, unable to sell books and earn a living because all elites, in every profession, enterprise, whomever has some skin in the game: all continued to play one dishonest hand more, one after another, to this day. First, and last, from the most powerful congressional leaders, to the fake fiscal hawks, the Freedom Caucus, liberals hawks who would save the people, or some people, or *their people* from life's struggles by having a bankrupt federal government spend money it does have for Debt which it will never repay. But it's far worse than that, for debt-holders who know the term "haircut," yet have not expected that to come haunt the sovereign Debt of these once United States which has become a bastard republic. It all ends here, as it must. As I have foretold. I tried my best to lessen the worst consequences coming, from a start made to the repair the finances of the nation. But what I found, at long last, was the saddest realization of all. There is not one member of Congress who is an honest person, grounded in the good

and decent moral values of ordinary Americans, who understand the difference of right from wrong. For the individual members of Congress, their careers have meant more to them, so too, for each president, than doing right by the nation and answering for this mess. Now—with that explanation, as the slightest apology to this Court, these two exhibit pages speak for themselves. Each proclaims the only possible path forward for the nation. Alas, I am but a lonely citizen-journalist-activist, unable to predict the future for how this goes. If Congress play as usual, if this filing sparks the crisis which it should, within days of this filing, the most likely, true-to-form result will be a secret, backroom deal, long-standing-bye, which they will rush to pass as if that foolish act, alone, might save them. Alas, it could never save the citizens of the nation from the economic and financial consequences coming, for that is an impossible feat, beyond their other-worldly powers; or, under-worldly might be better and more clearly stated. They are fools, dishonest and corrupt politicians, faithless public servants, and broken human being without a functioning moral compass. They have forced me to put these ugly words to the page, as I file in federal court . . . for as I wrote before: there is no other place. The First American Republic may be at an end, one way or the other. There is but one path forward, for honest, accountable, orderly, calm, deliberative, and accountable: public government. That begins with my formal petition. You tell me, whomever is reading this, how that comes to be. And when. How its begins. I do not know. I have done my level best but these elected officials are the worst, the most dishonest and corrupt members and leaders of Congress in the 236-year-history of our republic. Are we better than this? Better than them? Who will say. And when?

6. **The Five, First Amendment Rights, in all 31 possible combinations**

For too long, I say, the nation, its citizens, and its jurisprudence, has failed to fully appreciate the world of possibilities of these five rights. These 31 opportunities. And how neat-and-clean the judicial rulings of the nation have played their part in the awful place where *we*, the nation, find ourselves today. It's obvious, to this citizen, citizen-journalist-activist: if we, the citizen-owners of the nation do understand where we are, what we've done, what we've failed to do . . . stand up, step up, and fight to save the finances of the nation, along with our basic freedoms and rights: it's over. Much sooner than you think. I have hope. I have lengthy reporting to share. And I have a plan. It is time, now, for others to answer. Peaceably. Orderly. With a respect for one another, yet, with a dogged determination for the fight, to see it through. To stand and state: who we are. Not merely the inheritors of some grand plan for self-determination, a ship set sail two and half centuries ago, we are the same America, another America, and this is now our fight. *Columbia, hear our call.*

Ex. 1

# Public Debt Limit

## United States Code

### TITLE 31, CHAPTER 31—PUBLIC DEBT

### SUBCHAPTER I—BORROWING AUTHORITY

### §3101. Public debt limit

(a) In this section, the current redemption value of an obligation issued on a discount basis and redeemable before maturity at the option of its holder is deemed to be the face amount of the obligation.

(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) **may not be more than $14,294,000,000,000, outstanding at one time,** subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.

The amount stated in the United States Code—$14.294 trillion; but then that odd legal phrasing: *may not be more than $14,294,000,000,000, outstanding at one time,* **subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.**

**But the Editorial Note states: reference to House Rules no longer applies.**

**And 'section 3101A' never—never—changed this limit!**

**There's something "not right."** Something Congress, or *its leaders—have been hiding!* Something *funny* began years ago that's become a monster. OMB Historical Table 7.3 (Ex. 2) is next, but **something's "not right"** there. There's the continued "march" of the limit as it rose to over $31 trillion: but **that's not what's in the United States Code.** From 1983 through 2010 the dollar amount in the Code *changed,* prominently so (Ex. 3). But, then: never again. It was the August 2, 2011, Obama-Biden-McConnell spending-and-debt scheme that changed everything: #FakeDebtCeiling. The most-recent OMB entries came from two "dollar additions" passed by Congress (with only Democrats votes), that pretended to add to a limit that hasn't existed—for the last-12 years.

— 4 —

Ex. 2

# White House/OMB Historical Table 7.3

## Table 7.3 — STATUTORY LIMITS ON FEDERAL DEBT: 1940–CURRENT

(Dollar amounts in billions)

| | Statute | Date | Description | Limit |
|---|---|---|---|---|
| | Column A | Column B | Column C | Column D |
| 100. | 116 Stat. 734 | June 28, 2002 | Increased the debt limit to | 6,400.0 |
| 101. | 117 Stat. 710 | May 27, 2003 | Increased the debt limit to | 7,384.0 |
| 102. | 118 Stat. 2337 | November 19, 2004 | Increased the debt limit to | 8,184.0 |
| 103. | 120 Stat. 289 | March 20, 2006 | Increased the debt limit to | 8,965.0 |
| 104. | 121 Stat. 988 | September 29, 2007 | Increased the debt limit to | 9,815.0 |
| 105. | 122 Stat. 2908 | July 30, 2008 | Increased the debt limit to | 10,615.0 |
| 106. | 122 Stat. 3790 | October 3, 2008 | Increased the debt limit to | 11,315.0 |
| 107. | 123 Stat. 366 | February 17, 2009 | Increased the debt limit to | 12,104.0 |
| 108. | 123 Stat. 3483 | December 28, 2009 | Increased the debt limit to | 12,394.0 |
| 109. | 124 Stat. 8 | February 12, 2010 | Increased the debt limit to | 14,294.0 |
| 110. | 125 Stat. 251 | August 2, 2011 | Increased the debt limit to | 14,694.0 |
| 111. | | | Effective after September 21, 2011, increased the debt limit to | 15,194.0 |
| 112. | | | Effective after January 27, 2012, increased the debt limit to | 16,394.0 |
| 113. | 127 Stat. 51 | February 4, 2013 | Suspended the existing debt limit from February 4, 2013, through May 18, 2013, and prospectively increased the limit to accommodate the increase in such debt outstanding as of May 19, 2013. | |
| 114. | | | Effective May 19, 2013, reestablished the debt limit at | 16,699.4 |
| 115. | 127 Stat. 566 | October 17, 2013 | Suspended the existing debt limit from October 17, 2013, through February 7, 2014, and prospectively increased the limit to accommodate the increase in such debt outstanding as of February 8, 2014. | |
| 116. | | | Effective February 8, 2014, reestablished the debt limit at | 17,211.6 |
| 117. | 128 Stat. 1011 | February 15, 2014 | Suspended the existing debt limit from February 15, 2014, through March 15, 2015, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 16, 2015. | |
| 118. | | | Effective March 16, 2015, reestablished the debt limit at | 18,113.0 |
| 119. | 129 Stat. 620 | November 2, 2015 | Suspended the existing debt limit from November 2, 2015, through March 15, 2017, and prospectively increased the increase in such debt outstanding as of March 16, 2017. | |
| 120. | | | Effective March 16, 2017, reestablished the debt limit at | 19,808.8 |
| 121. | 131 Stat. 1139 | September 8, 2017 | Suspended the existing debt limit from September 8, 2017, through December 8, 2017, and prospectively increased the limit to accommodate the increase in such debt outstanding as of December 9, 2017. | |
| 122. | | | Effective December 9, 2017, reestablished the debt limit at | 20,456.0 |
| 123. | 132 Stat. 132 | February 9, 2018 | Suspended the existing debt limit from February 9, 2018, through March 1, 2019, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 2, 2019. | |
| 124. | | | Effective March 2, 2019, reestablished the debt limit at | 21,987.7 |
| 125. | 133 Stat. 1057 | August 2, 2019 | Suspended the existing debt limit from August 2, 2019, through July 31, 2021, and prospectively increased the limit to accommodate the increase in such debt outstanding as of July 31, 2021. | |
| 126. | | | Effective July 31, 2021, reestablished the debt limit at | 28,401.5 |
| 127. | 135 Stat. 407 | October 14, 2021 | The limitation under section 3101(b) of title 31, United States Code, as most recently increased by section 301 of the Bipartisan Budget Act of 2019 (31 U.S.C. 3101 note), is increased by $480,000,000,000. | 28,881.5 |
| 128. | 135 Stat. 1514 | December 16, 2021 | The limitation under section 3101(b) of title 31, United States Code, as most recently increased by Public Law 117-50 (31 U.S.C. 3101 note), is increased by $2,500,000,000,000. (added to hybrid, fake amount, line 127) | 31,381.5 |
| 129. | 137 Stat. 48 | June 3, 2023 | Suspended the existing debt limit from June 3, 2023, through January 1, 2025, to accommodate the increase in such debt outstanding as of January 1, 2025. | |

**Line 109:** Stated Debt limit U.S. Code, from 2010; Democrat control; passed with no Republican votes. No increase since changed the amount in the U.S. Code.

Line 110: This three-line stagger-step was the Budget Control Act of 2011 (the Sequester); three-step increases rolled-out over 6 months. These specific dollar amounts, though "stated" in the law, had "no effect" on the dollar amount in the U.S. Code. You wouldn't "know that," looking at this "dishonest" OMB table; you'd have to look in the U.S. Code!

Lines 113, 115, 117 & 119: Obama increases 5 thru 8 became law on one date, but increase "unknown" until later "stated" by OMB (some time after the "suspension" ended).

Lines 121, 123, 125: Trump increases 1 thru 3; the "gaming of the public" via this OMB Historical Table continued under Trump, just as it had played during the Obama-Biden years.

Lines 127, 128: Biden dollar amounts, "fake additions" to a non-existing limit; "gaming of the public" continued under Biden, just as it had played during the Trump years.

Table doesn't include 165 weeks "stuck" at expired, "fake" limit. 11 weeks (May to Aug. 2011); 5 weeks (Jan. 2013); 22 wks (May to Oct. 2013); 33 weeks (Mar. to Nov. 2015); 25 wks (Mar. to Sept. 2017); 9 wks (ending Feb. 2018); 22 wks (Mar. to Aug. 2, 2019); 11 wks (Aug. to Oct. 2021); 8 wks (Oct. to Dec. 2021); 19 wks (Jan. to Jun. 2023)

The following page shows the "listed dollar-amount amendments" to the Debt limit section of the U.S. Code; a 28-years run of "stated" Debt limit increases, from May of 1983 up to August of 2011. Then: the Budget Control Act of 2011 "pretended" to raise the Debt limit by $2.1 trillion, in three steps, beginning with line 110. But no increase after line 109: AFFECTED THE CODE. The Code is stuck at the 2010 increase. Yet every Debt event, beginning with the 2011 limit increase "failure," is listed at OMB, referencing Treasury Department reporting—but those dollar amounts are *a fiction*, divorced from what's in the United States Code. This dishonesty needs to be answered. Will the members of Congress say: *I didn't know?* **But, what of your leaders, surely—*they must have known.* Seven Debt events, beginning in 2013, only "suspending" the limit, **until *two games in 2021*** "pretended" to add money to a limit that wasn't real anymore. Yet the nation is supposed to believe that not a single leader—or member—knew any of this? Who's going to believe *that?*

— 5 —

Ex. 3

# "Stated dollar amount amendments"

**Why did the "system" change? Why aren't the last-thirteen years in the Code?
Debt limit increases had been stated through 2010, at $14.294 trillion.**

# United States Code

## TITLE 31, CHAPTER 31—PUBLIC DEBT

### SUBCHAPTER I—BORROWING AUTHORITY

#### §3101. Public debt limit

(a) In this section, the current redemption value of an obligation issued on a discount basis and redeemable before maturity at the option of its holder is deemed to be the face amount of the obligation.

(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) **may not be more than $14,294,000,000,000, outstanding at one time,** subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.

# Amendments

**2011**—Subsec. (b). Pub. L. 112–25 substituted **"or as provided by section 3101A or otherwise" for "or otherwise".**

**2010**—Subsec. (b). Pub. L. 111–139 **substituted "$14,294,000,000,000" for "$12,394,000,000,000".**

**2009**—Subsec. (b). Pub. L. 111–123 substituted "$12,394,000,000,000" for "$12,104,000,000,000".

**2009**—Subsec. (b). Pub. L. 111–5 substituted "$12,104,000,000,000" for "$11,315,000,000,000".

**2008**—Subsec. (b). Pub. L. 110–343 substituted "$11,315,000,000,000" for "$10,615,000,000,000".

**2008**—Subsec. (b). Pub. L. 110–289 substituted "$10,615,000,000,000" for "$9,815,000,000,000".

**2007**—Subsec. (b). Pub. L. 110–91 substituted "$9,815,000,000,000" for "$8,965,000,000,000".

**2006**—Subsec. (b). Pub. L. 109–182 substituted "$8,965,000,000,000" for "$8,184,000,000,000".

**2004**—Subsec. (b). Pub. L. 108–415 substituted "$8,184,000,000,000" for "$7,384,000,000,000".

**2003**—Subsec. (b). Pub. L. 108–24 substituted "$7,384,000,000,000" for "$6,400,000,000,000".

**2002**—Subsec. (b). Pub. L. 107–199 substituted "$6,400,000,000,000" for "$5,950,000,000,000".

**1997**—Subsec. (b). Pub. L. 105–33 substituted "$5,950,000,000,000" for "$5,500,000,000,000".

**1996**—Subsec. (b). Pub. L. 104–121 substituted "$5,500,000,000,000" for "$4,900,000,000,000".

**1993**—Subsec. (b). Pub. L. 103–66 substituted "$4,900,000,000,000" for "$4,145,000,000,000".

**1990**—Subsec. (b). Pub. L. 101–508 substituted "$4,145,000,000,000" for "$3,122,700,000,000".

**1989**—Subsec. (b). Pub. L. 101–140 substituted "$3,122,700,000,000" for "$2,800,000,000,000".

**1987**—Subsec. (b). Pub. L. 100–119 substituted "$2,800,000,000,000" for "$2,111,000,000,000".

**1986**—Subsec. (b). Pub. L. 99–384 substituted "$2,111,000,000,000" for "$1,847,800,000,000".

**1985**—Subsec. (b). Pub. L. 99–177 substituted "$1,847,800,000,000" for "$1,823,000,000,000".

**1984**—Subsec. (b). Pub. L. 98–475 substituted "$1,823,000,000,000" for "$1,573,000,000,000".

**1984**—Subsec. (b). Pub. L. 98–342 substituted "$1,573,000,000,000" for "$1,490,000,000,000.

**1983**—Subsec. (b). Pub. L. 98–161 substituted "$1,490,000,000,000" for "$1,389,000,000,000".

**1983**—Subsec. (b). Pub. L. 98–34 substituted "$1,389,000,000,000" for "$400,000,000,000".

This run of a stated Debt limit began May 26, 1983, as Congress eliminated the distinction between permanent and temporary limits with the enactment of a single, permanent limit. That law raised the Debt limit to $1.389 trillion.

Ex. 4

# The Debt games Congress played

## Here's what the media failed to report for the last-50 years

**1974: Congress "reset" the spending process:** *Congressional Budget and Impoundment Control Act of 1974.* That law spelled out a new, better organized and accountable annual budgeting and appropriation process for Congress (for its role, wholly within Congress), while placing limits on what the administration could and couldn't do with spending already passed into law.

**1983: Congress "reset" the nation's Debt,** declaring it all in *one pot,* eliminating the distinction between one part called "permanent" (originally from the Second Liberty Loan Act of 1917, as continually increased) and a second portion labeled "temporary." This Reagan-era reform called all Debt: *permanent.* What's laughable is that, after *that change* there were 15 "temporary increases" in the level of the "permanent Debt" approved, as those silly games played throughout the Reagan, Bush 41, and Clinton administrations, from November 1985 through March of 1996.

**2011: Congress pretended to "raise" the Debt limit,** by $2.1 trillion, in complicated bill—which *did not raise the limit stated* in the U.S. Code. This was the Obama-Biden-McConnell spending-and-debt agreement sometimes called the "Sequester." The next Debt event . . .

**2013: February**—Congress approved a "suspension of the limit" for 14-weeks 5-days. The "scam" behind this event had been the "No Budget, No Pay Act of 2013." Each chamber passed its own Budget Resolution, and the stunt was over and done. FY2014 would still be 109 days late.

**2013–2019: Seven "suspensions"** of the 2010 Debt limit, February 2013 through August 2019. The 2019 Debt "suspension" came on *the exact anniversary* of the "failed" 2011 Obama-Biden-McConnell "increase" that began the mess; you can't make things like this up!

**2021: Democrats controlled both House and Senate.** Democrats were hellbent on passing Build Back Better stimulus package, bypassing a 60-vote Senate filibuster threshold using "budget reconciliation." The Senate parliamentarian ruled that any budget resolution addressing the Debt limit must "state" a specific, total dollar amount for the new limit. A "curious" public spectacle played out, as Senate leaders Chuck Schumer and Mitch McConnell—alone, with no input from other members of Congress—"negotiated" between themselves (behind closed doors) for what to do. Democrats settled on pretending to "add" $480 billion (October) and $2.5 trillion (December): to *nothing,* since the October 2021 $480 billion was added to the August 2019 "suspension," but that had no stated dollar limit (none of the seven "suspension bills" had); December was piled upon the October 2021 *nothing.* Senate Republicans allowed this farce to proceed, with no filibuster, *pretending* to be disgusted.

**The reporting of John Paul Durbin in 2025** shows those *two attempts at fiscal reform in 1974 and 1983 had been abject failures.* Each failed, as Congress played dishonestly over the intervening 50 years. **The games became appreciably more dishonest** in the last-thirteen years. Contributing to that failure: NO administration played "referee" on behalf of the public, insuring that the laws passed by Congress—were followed: *"enforced" by the president, as written and agreed to,* **following the stated timetable-and-rules for the passage of the annual spending—and for previously-agreed to spending amounts and constraints.**

**Do you see how the elements of this story are interconnected?** The "can't-miss" storyline for the last-50 years? Congress played games when approving spending, then worked to hide its responsible for deficits and Debt. **It has been that carefully played public path that led to—the Fake Debt Ceiling.** Now this has become the crime against the nation—no one in Congress can admit having known. *But that's not believable! Is it? Let Americans judge!*

Ex. 5a

# Petition For Redress

## Petitioner: John Paul Durbin, in his name and on behalf of the citizens of the United States of America, to — our government.

*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the Government for a redress of grievances**.*

James Madison, Jr.
Representative, Commonwealth of Virginia
1st Congress of the United States of America
New York, New York
June 8, 1789
1st Amendment, **the Constitution of the United States of America**

**respectful presented**

## January 8, 2025

— 8 —

# Call to Order

### To the citizens of the United States of America
### this 8th day of January, 2025

### by petitioner
### John Paul Durbin

# Hear ye!

**All citizens are called to order,** to sit in judgment of the Congress of the United States of America.

# Hear ye!

To consider the report of the petitioner, including its Articles of Impeachment, along with the proposed opening process. Under my rights in the First Amendment to the Constitution of the nation, I have, in my name and on behalf of the nation, petitioned Congress for specific redresses of enumerated grievances.

**I charge Congress** with willful disregarding of the Constitution of the nation as it has become accustomed to perennially operating in open violation of the laws of the land. Specifically, Congress obliterated any accountability of it to the nation for the honest, transparent, orderly, calm, and deliberative passage of the annual appropriations. Congress has continually failed to pass the annual appropriations by its September 30 due date for the last-28 years in a row; added to the record for the previous 21 years, Congress has failed to pass spending on time 45 out of 49 years. Concurrently, beginning with the November 7, 2000, election and continuing through the November 5, 2024, election, members of Congress sought reelection even as they had failed to complete passage of the annual spending for those already-begun fiscal years.

**Further, congressional leaders,** with the full support of members, bastardized the Debt limit of the nation. Previously, the Debt limit had been correctly and completely stated in the United States Code, Title 31 section 3101(b), from its inception on September 24, 1917, until August 2, 2011. While the Debt of the nation now exceeds $36 trillion, Congress has left the limit in the U.S. Code stuck at $14.294 trillion, from February 12, 2010.

# It's time:

for the Congress of the United States of America to commit to stand before the bar of justice, submitting itself and its members to judgment by the citizens of the United States of America.

— 9 —

# Petition For Answer

**presented to the 119th Congress
of the United States of America
this 8th day of January, 2025**

**Petitioner:**

**John Paul Durbin**

# Resolved: The Congress of the United States of America shall commit to stand before the bar of justice, submitting itself and its members to judgment by the citizens of the United States of America in a series of prime-time presentations to answer to the charges placed against it in the accompanying Petition For Redress.

**The Senate:** Commencing at 7:00 p.m. January 22, 2025, the Senate shall publicly debate for no more than four hours, followed by a roll call vote beginning no later than 11:00 p.m., the resolution: **Commitment To Answer.** That commitment to the nation will be to accept or reject the specifics of the citizen-petitioner for the timing and the manner for the first week of presentation, debates, and votes by the Senate of the United States of America in answer to the extensive list of charges against Congress, its leaders and members, including Articles of Impeachment, as enumerated in the full Petition For Redress.

**The House:** Commencing at 7:00 p.m. January 23, 2025, the House shall publicly debate for no more than four hours, followed by a roll call vote beginning no later than 11:00 p.m., the resolution: **Commitment To Answer.** That commitment to the nation will be to accept or reject the specifics of the citizen-petitioner for the timing and the manner for the first week of presentation, debates, and votes by the Senate of the United States of America in answer to the extensive list of charges against Congress, its leaders and members, including Articles of Impeachment, as enumerated in the full Petition For Redress.

Ex. 5b

# Debt Limit Resolution

## Congress shall take full responsibility to correct the Debt limit in the United States Code with this Resolution:

1. **Congress shall accept full responsibility** for the 13 years of *mistakes,* as its Debt actions listed below failed to change the legal, stated limit for the national Debt, in Title 31 section 3101(a), section 3101(b), even adding section 3101A, which have allowed the limit to remain stuck at $14.294 trillion, from its enactment in Public Law 111-139, February 12, 2010, a law that raised the limit from $12.394 trillion.

2. **Failure of Public Law 112–25,** effective August 2, 2011; passed by the House 269 – 161, passed by the Senate 74 – 26, did not raise the limit by $2.1 trillion as its language pretended it would, owing to Title III: Debt Ceiling Disapproval Process; *president certifies to the Congress need for more Debt, the limit is then raised by $400 million; if Congress does not vote to disapprove, a subsequent $500 million is added;* in further convoluted language $1.2 trillion was added. *This bill had allowed Treasury to borrow $2.1 trillion, but never changed the stated limit.* Signed into law by President Obama.

3. **Failure of the following seven "Debt events,"** beginning February 4, 2013, and continuing through August 2, 2019, the Congress of the United States of America "suspended" the Debt limit, fully understanding that there was no legal mechanism at the end of each suspension that could change **the amount stated in the United States Code,** which has remained "stuck" at $14.294 trillion.

4. **Failure of Public Law 113–3,** effective February 4, 2013; House vote 285 – 144, passed by the Senate 64 – 34; **from the law:** *Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date of the enactment of this Act and ending on May 18, 2013.* Signed into law by President Obama.

5. **Failure of Public Law 113-46,** effective October 17, 2013; House vote 285 – 144, passed by the Senate 81 – 18; **from the law:** *(b) Certification.--Not later than 3 days after the date of enactment of this Act, the President may submit to Congress a written certification that absent a suspension of the limit under section 3101(b) of title 31, United States Code, the Secretary of the Treasury would be unable to issue Debt to meet existing commitments. (c) Suspension. -- (1) In general.--Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date on which the President submits to Congress a certification under subsection (b) and ending on February 7, 2014.* Signed into law by President Obama.

6. **Failure of Public Law 113-83,** effective February 14, 2014; House vote 221 – 201, passed by the Senate 55 – 43; **from the law:** *Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date of the enactment of this Act and ending on March 15, 2015.* Signed into law by President Obama.

7. **Failure of Public Law 114-74,** effective November 2, 2015; House vote 266 – 167, passed by the Senate 64 – 35; **from the law:** *Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date of the enactment of this Act and ending on March 15, 2017.* Signed into law by President Obama.

8. **Failure of Public Law 115-56,** effective September 8, 2017; House vote 316 – 90, passed by the Senate 80 – 17; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on December 8, 2017.* Signed into law by President Trump.

9. **Failure of Public Law 115-123,** effective February 9, 2018; House vote 240 – 186, passed by the Senate 71 – 28; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on March 1, 2019.* Signed into law by President Trump.

10. **Failure of Public Law 116-37,** effective August 2, 2019; House vote 284 – 149, passed by the Senate 67 – 28; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on July 31, 2021.* Signed into law by President Trump.

11. **Failure of the following two Debt events, coming in 2021,** as Congress pretended to add stated dollar amounts of additional, "legal" Debt. However, the first was added to Public Law 116-37; the second, added to the first, which had not stated any dollar limit. While the Treasury Department, the Office of Management and Budget, and the Congress of the United States of America have chosen to *pretend* that the Debt limit of the nation had been "reset" at the end of each "suspension" of the limit passed into law (those seven events listed above), no "certification" or any other official pronouncement is able, ***after-the-fact,*** to change *any dollar amount or language* in the United States Code, as those changes only occur with language in bills passed by Congress, signed by the president.

12. **Failure of Public Law 117-50,** effective October 14, 2021; House vote 219 – 206, passed by the Senate 50 – 48; **from the law:** *The limitation under section 3101(b) of title 31, United States Code, as most recently increased by section 301 of the Bipartisan Budget Act of 2019 (31 U.S.C. 3101 note), is increased by $480,000,000,000.* Signed into law by President Biden. (House hid its final vote in H.Res.716; roll call No. 315)

13. **Failure of Public Law 117-73,** effective December 16, 2021; House vote 221 – 209, passed by the Senate 50 – 49; **from the law:** *Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That the limitation under section 3101(b) of title 31, United States Code, as most recently increased by Public Law 117–50 (31 U.S.C. 3101 note), is increased by $2,500,000,000,000.* Signed into law by President Biden.

14. **Failure of Public Law 118-5,** effective June 3, 2023; House vote 314 – 117, passed by the Senate 63 – 36; **from the law:** *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on January 1, 2025.* Signed into law by President Biden.

15. **Confusing language in the law:** *§3101. Public debt limit:* "*(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) may not be more than $14,294,000,000,000, outstanding at one time, subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.*" **The reference to House Rules** in the law, per the Editorial Notes, suggests that this portion of the law no longer applies; further suggesting that it hasn't been "functional" for decades. **The reference 'by section 3101A or otherwise'** points to convoluted Public Law 112–25, effective August 2, 2011, that failed

to raise the limit, but *allowed* the president and the United States Treasury to increase the legal borrowing unless disapproved by the Congress. But those actions, if "technically legal" from August 2, 2011, through December 31, 2012, have left the Congress, the president, and the nation in a "no man's land" as of January 1, 2013, that continues right up to—today!

16. **No one should believe** that members of 119th Congress don't know that the legal Debt limit of the nation had been "obliterated" by the failure of the language and provisions of the August 2, 2011, Obama-Biden-McConnell deal, Public Law 112-25. While members may have been unaware of those defects *in that law* over its "effective" 17-months, it's not believable that seven, subsequent "Debt suspensions," from February 2013 through August 2019 were passed by a Congress wholly unaware that a "stated Debt limit" no longer existed, especially when the language in those bills—for the first time in history—explicitly stated: ***shall not apply.*** Those seven votes show a Congress intentionally defeating the 94-years-long tradition of the United States having a stated, specific dollar amount for legal amount of indebtedness allowed—in law, in the U.S. Code. Two pieces of Debt legislation enacted in the second-half of 2021 displayed a *curious break* in the previous pattern. Those bills, passed with only Democrat votes, "pretended" to add add dollars to *some limit, but they* ended up piled atop—*nothing. A final, eighth "suspension," June 2023, continued these dishonest games.* This mess must be completed fixed, forever more. Therefore—

17. **"In consideration of our past failures** for the honest, timely, and public management of the nation's finances; in demonstration of our willingness to take full responsibility for our past spending, with the full reporting of our 13-years-plus record of failure, this is not the time, or place, in a hasty manner, under threat of crisis, to eliminate the 94-year tradition of a stated limit for the Debt of the nation. Therefore: we pass this resolution to clear away the existing, confusing language in the law while taking full responsibility for stating a dollar limit for the indebtedness of the United States of America, reflective of the financial accounts of the nation today—without empty promises for future actions of any kind."

```
                One Hundred Nineteenth Congress
                            of the
                  United States of America

                    AT THE FIRST SESSION

      Begun and held at the City of Washington on Friday, the
        third day of January, two thousand and twenty-five

                          An Act

    To amend title 31 of the United States Code to increase the
    public debt limit.

    Be it enacted by the Senate and House of Representatives of
    the United States of America in Congress assembled,

            SECTION 1. CHANGE IN PUBLIC DEBT LIMIT.

    Subsection (b) of section 3101 of title 31, United States
    Code, is amended by striking out the dollar limitation
    $14,294,000,000,000 and inserting in lieu thereof
    ``$38,000,340,000,000'', and striking out ``subject to
    changes periodically made in that amount as provided by
    law through the congressional budget process described in
    Rule XLIX of the Rules of the House of Representatives or
    as provided by section 3101A or otherwise''.
```

Ex. 5c

# Take Responsibility!

## Give us an honest and dramatic opening process, making it obvious to all: you work *for* the American people!

1. **If this "defect" between the U.S. Code and the intent of Congress is NO BIG DEAL: then FIX IT.** We all know that we're $36-trillion-plus in Debt; what's so difficult about putting *that* into the law? Isn't the limit, today: ILLEGAL???

2. **We note of the effect of your games over 13 years: the Debt kept rising.** Your repeated "suspensions" of the limit changed nothing. Every year you spent too much and every year the Debt kept rising while you pretended to be concerned, pledging that some day you would change some things to make it all better. But that never happened.

3. **If this "defect" in the limit is a big deal, if the leaders had done this, alone: They need to take responsibility. But: you need to make it right. Honest.** Obviously, these leaders ~~must recuse themselves~~ *have to go!* How can they continue to lead? If they cannot, there's an important opportunity at hand—*for the nation.*

4. **Isn't *this congressional seniority system* the problem? It's rewarded** the wrong kind of people, given them too much power, allowing them to remain in charge far too long. Wouldn't the nation be better served if each caucus has a public, televised debate and vote—replacing your current leaders? Isn't your first challenge, for Democrats and Republicans: building back trust by the American people in the institution of Congress *and* the people who lead it? Doesn't Congress—and the nation—need a clean break from your current seniority system, with leaders who played the same games for far too long? *With your support!* If only the financial crises facing the nation was limited to the Fake Debt Ceiling. The spending games of Congress over the last-49 years scream how poorly you have served us. Sadly, how easily you pulled that off. Congressional leaders *appear* to bear most of the responsibility. But every-two years, 96 senators and 431 House members supported their leaders—and all of the games. On spending. On Debt. Cheating the American people out of honest, orderly, and accountable: public government.

5. **A new, public process must lead. Explain *that* to the American people.** Tell your constituents the importance of regular order—as the new/old standard. Explain to voters that there is no point voting for members of Congress if that isn't the standard for the passage of spending—and Debt: from now on. Especially as this process begins!

6. **Do you really think you can excuse your way through what must come next?** Rush through some secret, backroom plan during the workday for most Americans, forcing them to find out for themselves—from this dishonest and corrupt media what you did? I don't think that's going to fly with most Americans—not when you're having to take a vote to raise the limit from $14.294 trillion to $36 trillion—in a single vote!

7. **Are you so brazen to think you can promise—**future spending cuts when your defense for the $22 trillion lie is your incompetence, and corrupt leaders who hid this from you? Give us an unprecedented, lengthy public process. Take responsibility for what you've done. Commit to FY2025 in 12 spending bills as the most important task as the 119th Congress begins. Televise votes for the biggest spending bills—in prime time!

Ex. 5d

# Will Congress Answer?

## The most simple proposition: Will Congress formally and publicly respond to the charges against it?

1. **Will Congress answer these charges?** When? How? Who will step forward, speaking with what authority, with what specific proposals for a public process?

2. **Is the Congress of the United States of America answerable to the America people?** How so? On whose terms? In what manner? Under what rules? With what notice, to whom, for what process? How public? A process, for how long?

3. **Will the 119th Congress make a good faith effort** to formally and orderly, and with notice, accept this unprecedented use of the First Amendment to the Constitution of the United States of America, the right of a single petitioner "to petition the Government for a redress of grievances," as presented by this individual, in his name and on behalf of the American people?

4. **Will the 119th Congress respect an orderly process** wherein the citizens of the nation have been called to sit in judgment of this Congress for its fiscal management of the nation's affairs; a called for judgment of its public record which has strayed so far from an honest and reasonable adherence to the Constitution and to the laws of this republic. Simply put: Will the Congress of the United States of America give its citizens reasonable notice before it begins to address these matters and, concurrently, give full notice for the process to occur, its rules and organizing structures, along with its commitment to an orderly and public process for, as yet, an indeterminate length of time—Yea or Nay?

5. **When will Congress speak to the nation in prime time to answer these charges?**

## Process: for the American people & members of Congress

☐ **1.** Petitioner is able to present petition to 119th Congress, president, and to the nation.

☐ **2.** Congress, president, and the American people acknowledge receipt thereof.

☐ **3.** Congress commits to a public process; a schedule, with at least 72 hours notice.

☐ **4.** Congress commits to a specific process; reasonable order; debate and public votes.

☐ **5.** Congress publicly accepts responsibility for the Fake Debt Ceiling, with details.

☐ **6.** Congress accepts responsibility for Appropriation approvals for the last-14 years.

☐ **7.** Congress commits to the calm and orderly approval of Fiscal Year 2025 spending.

☐ **8.** Congress and the American people, *together,* decide *what's next* for the Debt limit.

☐ **9.** **Tuesday, November 3, 2026: those citizens who chose to, GO VOTE in person!**

Ex. 6

# What are the 31 different combinations of the First Amendment rights?

The First Amendment of the United States Constitution includes five fundamental rights: freedom of religion, speech, press, assembly, and petition. The combinations of these rights can be categorized based on how many rights are included in each combination. **Here are all 31 unique combinations:**

## Single Rights (5)
1. Freedom of religion
2. Freedom of speech
3. Freedom of press
4. Freedom of assembly
5. Right to petition

## Combinations of Two Rights (10)
6. Freedom of religion + Freedom of speech
7. Freedom of religion + Freedom of press
8. Freedom of religion + Freedom of assembly
9. Freedom of religion + Right to petition
10. Freedom of speech + Freedom of press
11. Freedom of speech + Freedom of assembly
12. Freedom of speech + Right to petition
13. Freedom of press + Freedom of assembly
14. Freedom of press + Right to petition
15. Freedom of assembly + Right to petition

## Combinations of Three Rights (10)
16. Freedom of religion + Freedom of speech + Freedom of press
17. Freedom of religion + Freedom of speech + Freedom of assembly
18. Freedom of religion + Freedom of speech + Right to petition
19. Freedom of religion + Freedom of press + Freedom of assembly
20. Freedom of religion + Freedom of press + Right to petition
21. Freedom of religion + Freedom of assembly + Right to petition
22. Freedom of speech + Freedom of press + Freedom of assembly
23. Freedom of speech + Freedom of press + Right to petition
24. Freedom of speech + Freedom of assembly + Right to petition
25. Freedom of press + Freedom of assembly + Right to petition

## Combinations of Four Rights (5)
26. Freedom of religion + Freedom of speech + Freedom of press + Freedom of assembly
27. Freedom of religion + Freedom of speech + Freedom of press + Right to petition
28. Freedom of religion + Freedom of speech + Freedom of assembly + Right to petition
29. Freedom of religion + Freedom of press + Freedom of assembly + Right to petition
30. Freedom of speech + Freedom of press + Freedom of assembly + Right to petition

## All Five Rights
31. Freedom of religion + speech + press + assembly + right to petition

## Religion (16)
1. Freedom of religion
6. Freedom of religion + Freedom of speech
7. Freedom of religion + Freedom of press
8. Freedom of religion + Freedom of assembly
9. Freedom of religion + Right to petition
16. Freedom of religion + Freedom of speech + Freedom of press
17. Freedom of religion + Freedom of speech + Freedom of assembly
18. Freedom of religion + Freedom of speech + Right to petition
19. Freedom of religion + Freedom of press + Freedom of assembly
20. Freedom of religion + Freedom of press + Right to petition
21. Freedom of religion + Freedom of assembly + Right to petition
26. Freedom of religion + Freedom of speech + Freedom of press + Freedom of assembly
27. Freedom of religion + Freedom of speech + Freedom of press + Right to petition
28. Freedom of religion + Freedom of speech + Freedom of assembly + Right to petition
29. Freedom of religion + Freedom of press + Freedom of assembly + Right to petition
31. Freedom of religion + speech + press + assembly + right to petition

## Speech (16)
2. Freedom of speech
6. Freedom of religion + Freedom of speech
10. Freedom of speech + Freedom of press
11. Freedom of speech + Freedom of assembly
12. Freedom of speech + Right to petition
16. Freedom of religion + Freedom of speech + Freedom of press
17. Freedom of religion + Freedom of speech + Freedom of assembly
18. Freedom of religion + Freedom of speech + Right to petition
22. Freedom of speech + Freedom of press + Freedom of assembly
23. Freedom of speech + Freedom of press + Right to petition
24. Freedom of speech + Freedom of assembly + Right to petition
26. Freedom of religion + Freedom of speech + Freedom of press + Freedom of assembly
27. Freedom of religion + Freedom of speech + Freedom of press + Right to petition
28. Freedom of religion + Freedom of speech + Freedom of assembly + Right to petition
30. Freedom of speech + Freedom of press + Freedom of assembly + Right to petition
31. Freedom of religion + speech + press + assembly + right to petition

## Press (16)
3. Freedom of press
7. Freedom of religion + Freedom of press
10. Freedom of speech + Freedom of press
13. Freedom of press + Freedom of assembly
14. Freedom of press + Right to petition
16. Freedom of religion + Freedom of speech + Freedom of press
19. Freedom of religion + Freedom of press + Freedom of assembly
20. Freedom of religion + Freedom of press + Right to petition

22. Freedom of speech + Freedom of press + Freedom of assembly
23. Freedom of speech + Freedom of press + Right to petition
25. Freedom of press + Freedom of assembly + Right to petition
26. Freedom of religion + Freedom of speech + Freedom of press + Freedom of assembly
27. Freedom of religion + Freedom of speech + Freedom of press + Right to petition
29. Freedom of religion + Freedom of press + Freedom of assembly + Right to petition
30. Freedom of speech + Freedom of press + Freedom of assembly + Right to petition
31. Freedom of religion + speech + press + assembly + right to petition

## Assembly (16)
4. Freedom of assembly
8. Freedom of religion + Freedom of assembly
11. Freedom of speech + Freedom of assembly
13. Freedom of press + Freedom of assembly
15. Freedom of assembly + Right to petition
17. Freedom of religion + Freedom of speech + Freedom of assembly
19. Freedom of religion + Freedom of press + Freedom of assembly
21. Freedom of religion + Freedom of assembly + Right to petition
22. Freedom of speech + Freedom of press + Freedom of assembly
24. Freedom of speech + Freedom of assembly + Right to petition
25. Freedom of press + Freedom of assembly + Right to petition
26. Freedom of religion + Freedom of speech + Freedom of press + Freedom of assembly
28. Freedom of religion + Freedom of speech + Freedom of assembly + Right to petition
29. Freedom of religion + Freedom of press + Freedom of assembly + Right to petition
30. Freedom of speech + Freedom of press + Freedom of assembly + Right to petition
31. Freedom of religion + speech + press + assembly + right to petition

## Petition (16)
5. Right to petition
9. Freedom of religion + Right to petition
12. Freedom of speech + Right to petition
14. Freedom of press + Right to petition
15. Freedom of assembly + Right to petition
18. Freedom of religion + Freedom of speech + Right to petition
20. Freedom of religion + Freedom of press + Right to petition
21. Freedom of religion + Freedom of assembly + Right to petition
23. Freedom of speech + Freedom of press + Right to petition
24. Freedom of speech + Freedom of assembly + Right to petition
25. Freedom of press + Freedom of assembly + Right to petition
27. Freedom of religion + Freedom of speech + Freedom of press + Right to petition
28. Freedom of religion + Freedom of speech + Freedom of assembly + Right to petition
29. Freedom of religion + Freedom of press + Freedom of assembly + Right to petition
30. Freedom of speech + Freedom of press + Freedom of assembly + Right to petition
31. Freedom of religion + speech + press + assembly + right to petition

These combinations illustrate the various ways in which the rights protected under the First Amendment can interact and support one another in the context of American freedoms.