AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| John Paul Durbin | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. **2:25CV013** |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Joe Biden, President of the United States, Defendant
Office of the White House Counsel
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Paul Durbin
P.O. Box 66
Walhonding, Oh 43843-0066
(571) 250-0112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: __1|8|2025__                                      _Melissa Saddler_
                                                        _Signature of Clerk or Deputy Clerk_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## JOHN PAUL DURBIN v.  JOSEPH BIDEN, et. al.
### Case No.  -_____

## ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC  20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD  20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC  20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC  20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC  20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC  20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC  20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC  20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC  20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC  20510

— 1 —

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| John Paul Durbin | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:25CV013

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janet Yellen, Secretary of the Treasury, Defendant
Office of General Counsel, Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/8/2025                        *Melissa Saddler*

                                     *Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## JOHN PAUL DURBIN v. JOSEPH BIDEN, et. al.
### Case No. - _____

## ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC  20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD  20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC  20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC  20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC  20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC  20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC  20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC  20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC  20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC  20510

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| John Paul Durbin | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 2:25 C V 013 |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Shalanda Young, Director. Defendant
Office of Management and Budget
General Counsel of the Office of Management and Budget
725 Seventeenth Street NW
Washington, DC  20503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  1/8/2025                                    _Melissa Saddler_
_Signature of Clerk or Deputy Clerk_

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JOHN PAUL DURBIN v. JOSEPH BIDEN, et. al.**
Case No. - _____

**ATTACHMENT #1 TO SUMMONS**

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC 20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD 20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC 20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC 20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC 20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC 20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC 20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC 20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC 20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC 20510

— 1 —

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| John Paul Durbin | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:25 C V 013 |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Timothy Gribben, Commissioner
Department of the Treasury
Bureau of the Fiscal Service
3201 Pennsylvania Drive, Building E
Landover, MD 20785

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Paul Durbin
P.O. Box 66
Walhonding, Oh 43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/8/2025



*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**JOHN PAUL DURBIN v. JOSEPH BIDEN, et. al.**
Case No. - _____

## ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC 20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD 20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC 20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC 20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC 20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC 20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC 20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC 20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC 20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC 20510

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| John Paul Durbin | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:25 C V 013 |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Phillip W. Swagel, Director
Congressional Budget Office
Ford House Office Bldg Fourth Floor
Second and D Streets SW
Washington, DC 20515-6925

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Paul Durbin
P.O. Box 66
Walhonding, Oh 43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/8/2025                          *Melissa Saddler*
                                        *Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## JOHN PAUL DURBIN v.  JOSEPH BIDEN, et. al.
### Case No.  -_____

### ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC  20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD  20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC  20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC  20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC  20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC  20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC  20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC  20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC  20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC  20510

— 1 —

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

|  |  |
|---|---|
| John Paul Durbin | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

Civil Action No. **2:25CV013**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Karen Donfried, Director
Congressional Research Service
Library of Congress
101 Independence Ave SE
Washington, DC  20540-7000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/8/2025

*Melissa Saddler*

*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JOHN PAUL DURBIN v.  JOSEPH BIDEN, et. al.**
**Case No.  -** _____

## ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC  20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD  20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC  20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC  20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC  20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC  20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC  20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC  20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC  20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC  20510

— 1 —

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| John Paul Durbin | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 2 : 25 C V 013 |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Speaker Mike Johnson
568 Cannon HOB
Washington, DC  20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  1/8/2025                                                    _Melissa Saddler_
_Signature of Clerk or Deputy Clerk_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

### JOHN PAUL DURBIN v.  JOSEPH BIDEN, et. al.
### Case No.  - _____

### ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC  20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD  20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC  20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC  20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC  20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC  20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC  20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC  20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC  20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC  20510

— 1 —

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio

| | | |
|---|---|---|
| John Paul Durbin | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. **2:25CV013** |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Majority Leader John Thune
511 Dirksen SOB
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/8/2025

*Melissa Saddler*
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

### JOHN PAUL DURBIN v.  JOSEPH BIDEN, et. al.
### Case No.  - _____

## ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC  20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD  20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC  20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC  20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC  20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC  20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC  20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC  20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC  20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC  20510

— 1 —

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| John Paul Durbin | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) |
| _Defendant(s)_ | ) |

Civil Action No.  2:25 C V 013

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Minority Leader Chuck Schumer
322 Hart SOB
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  1/8/2025

_Signature of Clerk or Deputy Clerk_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## JOHN PAUL DURBIN v. JOSEPH BIDEN, et. al.
### Case No. -_____

### ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC 20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD 20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC 20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC 20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC 20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC 20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC 20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC 20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC 20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC 20510

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Ohio

| | |
|---|---|
| John Paul Durbin | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) |
| _Defendant(s)_ | ) |

Civil Action No. 2:25 C V 013

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Minority Leader Hakeem Jeffries
2433 Rayburn HOB
Washington, DC  20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  1/8/2025

_Melissa Saddler_
_Signature of Clerk or Deputy Clerk_

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## JOHN PAUL DURBIN v.  JOSEPH BIDEN, et. al.
### Case No.  -_____

## ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC  20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD  20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC  20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC  20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC  20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC  20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC  20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC  20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC  20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC  20510

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| John Paul Durbin | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No. **2:25 C V 013** |
| v. | ) | |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Senator Amy Klobuchar
425 Dirksen SOB
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     John Paul Durbin
P.O. Box 66
Walhonding, Oh 43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 1/8/2025 _____          _Melissa Saddler_
                                                    _Signature of Clerk or Deputy Clerk_

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## JOHN PAUL DURBIN v. JOSEPH BIDEN, et. al.
### Case No. - _____

## ATTACHMENT #1 TO SUMMONS

1.  Joe Biden, President of the United States
    Office of the White House Counsel
    The White House
    1600 Pennsylvania Avenue NW
    Washington, D.C. 20500

2.  Janet Yellen, Secretary of the Treasury
    Office of General Counsel, Treasury
    Department of the Treasury
    1500 Pennsylvania Avenue NW
    Washington, D.C. 20220

3.  Shalanda Young, Director
    Office of Management and Budget
    725 Seventeenth Street NW
    Washington, DC 20503

4.  Timothy Gribben, Commissioner
    Department of the Treasury
    Bureau of the Fiscal Service
    3201 Pennsylvania Drive Bldg E
    Landover, MD 20785

5.  Phillip W. Swagel, Director
    Congressional Budget Office
    Ford HOB Fourth Floor
    Washington, DC 20515-6925

6.  Karen Donfried, Director
    Congressional Research Service
    Library of Congress
    101 Independence Ave SE
    Washington, DC 20540-7000

7.  Speaker Mike Johnson
    568 Cannon HOB
    Washington, DC 20515

8.  Majority Leader John Thune
    511 Dirksen SOB
    Washington, DC 20510

9.  Minority Leader Chuck Schumer
    322 Hart SOB
    Washington, DC 20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC 20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC 20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC 20510

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| John Paul Durbin | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No. 2:25 C V 013

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Senator Deb Fischer
448 Russell SOB
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/8/2025 _____

_Melissa Saddler_

_Signature of Clerk or Deputy Clerk_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## JOHN PAUL DURBIN v. JOSEPH BIDEN, et. al.
### Case No. - _____

### ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC 20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD 20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC 20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC 20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC 20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC 20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC 20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC 20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC 20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC 20510

— 1 —

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| John Paul Durbin | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) |
| _Defendant(s)_ | ) |

Civil Action No. 2:25 C V 013

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, OH  43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066
(571) 250-0112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  1/8/2025

_Melissa Saddler_
_Signature of Clerk or Deputy Clerk_

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## JOHN PAUL DURBIN v. JOSEPH BIDEN, et. al.
## Case No. - _____

### ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
Office of the White House Counsel
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
Office of General Counsel, Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

3. Shalanda Young, Director
Office of Management and Budget
725 Seventeenth Street NW
Washington, DC 20503

4. Timothy Gribben, Commissioner
Department of the Treasury
Bureau of the Fiscal Service
3201 Pennsylvania Drive Bldg E
Landover, MD 20785

5. Phillip W. Swagel, Director
Congressional Budget Office
Ford HOB Fourth Floor
Washington, DC 20515-6925

6. Karen Donfried, Director
Congressional Research Service
Library of Congress
101 Independence Ave SE
Washington, DC 20540-7000

7. Speaker Mike Johnson
568 Cannon HOB
Washington, DC 20515

8. Majority Leader John Thune
511 Dirksen SOB
Washington, DC 20510

9. Minority Leader Chuck Schumer
322 Hart SOB
Washington, DC 20510

10. Minority Leader Hakeem Jeffries
2433 Rayburn HOB
Washington, DC 20515

11. Senator Amy Klobuchar
425 Dirksen SOB
Washington, DC 20510

12. Senator Deb Fischer
448 Russell SOB
Washington, DC 20510

— 1 —

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| John Paul Durbin | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. 2:25 C V 013

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066
(571) 250-0112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 1/8/2025                                  _Melissa Saddler_
_Signature of Clerk or Deputy Clerk_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## JOHN PAUL DURBIN v. JOSEPH BIDEN, et. al.
### Case No. - _____

## ATTACHMENT #1 TO SUMMONS

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington, D.C. 20220

3. Shalanda Young, Director
   Office of Management and Budget
   725 Seventeenth Street NW
   Washington, DC 20503

4. Timothy Gribben, Commissioner
   Department of the Treasury
   Bureau of the Fiscal Service
   3201 Pennsylvania Drive Bldg E
   Landover, MD 20785

5. Phillip W. Swagel, Director
   Congressional Budget Office
   Ford HOB Fourth Floor
   Washington, DC 20515-6925

6. Karen Donfried, Director
   Congressional Research Service
   Library of Congress
   101 Independence Ave SE
   Washington, DC 20540-7000

7. Speaker Mike Johnson
   568 Cannon HOB
   Washington, DC 20515

8. Majority Leader John Thune
   511 Dirksen SOB
   Washington, DC 20510

9. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington, DC 20510

10. Minority Leader Hakeem Jeffries
    2433 Rayburn HOB
    Washington, DC 20515

11. Senator Amy Klobuchar
    425 Dirksen SOB
    Washington, DC 20510

12. Senator Deb Fischer
    448 Russell SOB
    Washington, DC 20510