IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

FILED
RICHARD W. NAGEL
CLERK OF COURT

JAN -8 2025 2:58 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

2:25 CV 013

JOHN PAUL DURBIN,

*Plaintiff,*

v.

Case No. _____

JUDGE WATSON

MAGISTRATE JUDGE JOLSON

**JOSEPH BIDEN,** in his official capacity
as 46th President of the United States; and
**JANET YELLEN,** in her official capacity
as 78th Secretary of Treasury; and
**SHALANDA YOUNG,** in her official capacity
as Director of Office of Management and Budget;
**TIMOTHY GRIBBEN,** in his official capacity as
Commissioner of Bureau of Fiscal Service; and
**MIKE JOHNSON,** in his official capacity as
Speaker of the House of Representatives; and
**JOHN THUNE,** in his official capacity as
Majority Leader, United States Senate; and
**CHUCK SCHUMER,** in his official capacity
as Minority Leader, United States Senate; and
**HAKEEM JEFFRIES,** in his official capacity as
Minority Leader, House of Representatives; and
**PHILLIP SWAGEL,** in his official capacity as
Director of Congressional Budget Office; and
**KAREN DONFRIED,** in her official capacity
as Director of Congressional Research Service;
et. al.,

*Defendants.*

## PLAINTIFF'S MOTION FOR SERVICE BY USPS PRIORITY MAIL EXPRESS

1. Plaintiff John Paul Durbin is a *Pro Se* claimant before this Court.

2. Plaintiff seeks to fully comply with the Court's requirements for Service of Process.

3. Plaintiff notes local rules call for Service of Defendant officers or employees of the United States accomplished by USPS Certified Mail with Return Receipt to the Clerk of Court.

— 1 —

4. It is crucial for Plaintiff's ability to have his mailed correspondence arrive in Washington, D.C., as soon as possible, for Defendants, Joseph Biden, 46th president of the United States, Shalanda Young, Director of the Office of Management and Budget, and Janet Yellen, 78th Treasury Secretary, as their formal federal service ends at noon, the twentieth day of January, two-thousand twenty-five.

5. Plaintiff firmly intends that these three Defendants remain named in this action, for the harm suffered by the Plaintiff in the past was directly caused by their actions and inactions. Justice necessitates that they be held accountable and answer for their conduct.

6. Plaintiff requests approval by the Court to use USPS Priority Mail Express for these three Defendants. As this method will be substantially more expensive, perhaps 5x more costly than Certified Mail, Plaintiff asks for this allowance for these three federal officials, with the remaining Defendants Process of Service completed by USPS Certified Mail.

7. Preparing for this possibility, Plaintiff includes the mailing addresses, with the outbound Priority Mail Express # and the USPS Certified Mail Return Mail # below:

**Joe Biden, President of the United States, Defendant**
Office of the White House Counsel
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

Priority Mail Express/Outbound:
Certified Mail Return/Inbound:


**Shalanda Young, Director, Defendant**
Office of Management and Budget
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

Priority Mail Express/Outbound:
Certified Mail Return/Inbound:

**Janet Yellen, Secretary of the Treasury, Defendant**
Office of General Counsel, Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

Priority Mail Express/Outbound:
Certified Mail Return/Inbound:

Dated: January 8, 2025          Respectfully submitted,

By: _____
JOHN PAUL DURBIN
P.O. Box 66
Walhonding, OH 43843-0066
(571) 250-0112