# Exhibits

1. **Public Debt Limit, as stated in the United States Code**
   31 U.S.C. § 3101(b), with commentary by the Plaintiff.

2. **White House/Office of Management and Budget Table 7.3**
   Here "lies" the administration's (present and past administrations) continuing pretense of an existing, "stated" Debt limit, supposedly boosted to $31.382 trillion by the second Biden Debt event of December 16, 2021. The *lie* of a specific, stated limit is perpetuated by this OMB table. It looks real, specific, and impressive. *But it has nothing to do with the U.S. Code.* **Exhibit 2, in *Durbin v. Biden,* is the exact Exhibit 2, submitted by John Paul Durbin, in *N.A.G.E. v. Yellen,* Massachusetts federal district court,** Case 1:23-cv-11001-RGS. There, listed as Document 35-1, Exhibit 2, appearing as page 6 on the Exhibit page, but as "Page 3 of 10," for Document 35-1. **Of special note:** since the filing of the Amicus Curiae brief by the John Paul Durbin, in *N.A.G.E. v. Yellen,* OMB has changed this public table, eliminating all of the verbiage in Column C as an explanation for the two, "fake" Debt limit additions of October and December 2021. Those explanations must have seemed "problematic" to OMB since Citizen Durbin pointed out the illegality and absurdity of those dollar amounts, added to what had-not-been in the law, a legal amount preceding, to which these amounts were added to. The new language insert by OMB reads: "Increased the debt limit to."

3. **"Stated dollar amount amendments," 1983 through 2010**
   In 1983 Congress eliminated a distinction between some of the Debt called "permanent" and some called "temporary." For the next 27 years, through Pub. L. 111-139, of February 12, 2010, each "increase" in the Debt limit *was stated, with a specific dollar amount*. This is a full-page recitation of the footnotes of 31 U.S.C. § 3101 (more clearly showing the historical context, which is available online).

4. **The Debt games Congress played over the last 50 years**
   Brief, historical reporting of the spending-and-debt games of Congress, beginning with the 1974 Nixon-era law establishing the current budget and appropriation processes for Congress. Over the first 21 years of that law, Congress completed passage of the annual appropriations by their September 30 due date, four times, for fiscal years FY1977, FY1989, FY1995, and FY1997. Since then, Congress failed to pass annual spending on time—28 years-in-a-row, totaling 3,231 days late (and counting, through January 2, 2025), averaging 116 days late for each year. It was a Congress which had strung 14-years-in-a-row for the late passage of spending, almost always approved in a hurry, which hastily passed the secret, backroom Debt deal negotiated by Vice President Joe Biden and then-Senate minority leader Mitch McConnell, in August 2011. Since then, Congress passed ten more "failed" Debt limit bills, while concurrently failing to pass spending on time for the next 14 years. These events are all connected. These politicians don't want to be accountable for anything. Not spending. Not Debt. And: they're unwilling to own up to any of their past mistakes.

5. **(a) Petition For Redress (opening), John Paul Durbin, petitioner**

Plaintiff has been attempting to gain access to the Capitol Hill Office Complex in Washington, D.C. Plaintiff's repeated requests to congressional leaders and members have been met with no response. Plaintiff is calling on Congress to commit to a public process, to stand before the American people to answer to the charges against the institution and against its individual members. Exhibit 5a is presented to the court to provide needed context: (i) for the ultimate act of petition, as the citizen-journalist-activist Plaintiff has sought, and seeks, to have Congress answer to the nation for its past crimes and the current state of the nation's finances. (ii) This mess will likely begin as financial markets buckle, with the filing of this case in federal court; it has always been the wish of citizen-journalist-activist John Paul Durbin for Congress to address these matters, initially, behind closed doors, then quickly before the nation, rather than having it all begin in financial markets; the actions of the leaders of Congress and its members over the last 60 months have squandered any chance for that calmer, rational and sane beginning for what would still have been be a colossal mess. (iii) The only possible way forward, for the nation, its citizens, and financial markets, will have to be a kind of an American *Truth and Reconciliation Commission*, the likes of which the nation has never seen. That process must begin in and be grounded by a recitation of the facts, the crimes of Congress, as those are explained to the nation in complete detail and the 119th Congress, by resolution passed, admits to what's gone on and accepts full responsibility for all of the acts of the last thirteen years. With that introduction, comes this Debt Limit Resolution for the Court, as it presents the brief details of the action by Congress, on the Public Debt limit, beginning August 2, 2011.

**(b) Debt Limit Resolution (Public Debt Limit events, 2011–2023)**

Citizen petitioner asks the 119th Congress to debate and pass this joint resolution, as Congress accepts responsibility for its actions—and failures—over the last 13 years. This resolution highlights details of the 11 "false" Debt events, beginning with the Budget Control Act of 2011, also known as Obama-Biden-McConnell.

**(c) Take Responsibility & (d) Will Congress Answer**

This court suit. These exhibits. The tone and the muscular thrust of every sentence. This is not the place for these words or these sentiments. Alas, there is no other place. That has been the message conveyed to this ordinary citizen, first-time book author, unable to sell books and earn a living because all elites, in every profession, enterprise, whomever has some skin in the game: all continued to play one dishonest hand more, one after another, to this day. First, and last, from the most powerful congressional leaders, to the fake fiscal hawks, the Freedom Caucus, liberals who would save the people, or some people, or *their people* from life's struggles by having a bankrupt federal government spend money it doesn't have for Debt which it will never repay. But it's far worse than that, for debtholders who know the term "haircut," yet have not expected that to come haunt the sovereign Debt of these once United States which has become a bastard republic. It all ends here, as it must. As I have foretold. I tried my best to lessen the worst consequences coming from a start which must be made to repair the finances of the nation. But what I found, at long last, was the saddest realization of all. There's not one member of Congress who's an honest person, grounded

in the good and decent moral values of ordinary Americans, who understand the difference of right from wrong. For the individual members of Congress, their careers have meant more to them, so too, for each president, than doing right by the nation and answering for this mess. Now—with that explanation, as the slightest apology to this Court, these two exhibit pages speak for themselves. Each proclaims the only possible path forward for the nation. I am but a lonely citizen-journalist-activist, unable to predict the future for how this goes. If Congress play as usual, if this filing sparks the crisis which it should, within days of this filing, the most likely, true-to-form result will be a secret, backroom deal, long-standing-bye, which they will rush to pass as if that foolish act, alone, might save them. Alas, it could never save the citizens of the nation from the economic and financial consequences coming, for that is an impossible feat, beyond their other-worldly powers; or, underworldly might be better and more clearly stated. They are fools, dishonest and corrupt politicians, faithless public servants, and broken human beings without a functioning moral compass. They have forced me to put these ugly words to the page as I file in federal court . . . for, as I wrote before: there is no other place. The First American Republic may be at an end, one way or the other. There is but one path forward, for honest, accountable, orderly, calm, deliberative, and accountable: public government. That begins with my formal petition. You tell me, whoever is reading this, how that comes to be. And when. How it begins, I do not know. I've done my level best, but these elected officials are the worst, the most dishonest and corrupt members and leaders of Congress in the 236-year history of our republic. Are we better than this? Better than them? Who will say? And when?

6. **The Five, First Amendment Rights, in all 31 possible combinations**
For too long, I say, the nation, its citizens, and its jurisprudence has failed to fully appreciate the world of possibilities of these five rights. These 31 opportunities. And how the neat-and-clean judicial rulings of the nation have played their part in the awful place where *we*, the nation, find ourselves today. It's obvious, to this citizen, citizen-journalist-activist: if we, the citizen-owners of the nation don't understand where we are, what we've done, what we've failed to do . . . stand up, step up, and fight to save the finances of the nation along with our basic freedoms and rights: it's over. Much sooner than you think. I have hope. I have lengthy reporting to share. And I have a plan. Now it's time for others to answer. Peaceably. Orderly. With respect for one another, yet with a dogged determination for the fight ahead and a firm commitment to each other to see this through. To stand and state who we are. Not merely the inheritors of some grand plan for self-determination, a ship set sail two and half centuries ago, laid down by the elites of those days; they did the best they could. Now, it's on us. We are the same America, yet another America, and this is now our fight. Speak. Raise your voices. *Let Columbia hear our call.*

7. **Let's Give Credit where credit is due: Ohio senator Sherrod Brown**
It's the details for the first-two Biden Debt events. The Sherrod Brown exercise bill S.1301 is used, "gutted" but not changing its title . . . because they can; because they want to hide what was done; perhaps, too, they're shocked at how stupid they were. This bill "pretended" to add $480 billion to the Public Debt limit. Of course, at this point, the Public Debt limit has been broken for just over eight years. The "pretend" addition had Treasury tell the nation, eight days later—after this $480 billion was added to its "self-set," "in-house" Public Debt limit, which became law October 14—

that all that added allowance, all $480 billion, had been all used up. There are five pages to Exhibit 7. Exhibit 7a is the Sherrod Brown exercise bill S.1301, as introduced: April 22, 2021. Exhibit 7b is *that bill*, S.1301, as passed into law by Congress, signed by President Biden; they didn't change the title because they're running *a crooked operation*, *a scam*. Exhibit 7c is the Senator Schumer bill, as introduced, which is the same as passed; meaning: if they could do an "honest" Debt event in December, they could have in October, but didn't. Exhibit 7d is Senator Brown "working" to cover his tracks, exactly one-year-later after the Senator Schumer bill, on December 14, 2022, as Sherrod Brown introduces S.5254, same bill, same title, same silly single page of text; the 117th Congress was over and done for; the midterm election had come and gone; Congress would not be doing any work on any new bills, but Sherrod Brown was on a mission to "hide" how S.1301 had been used for that eight-day Debt event a year earlier. But even this wasn't enough for Ohio's senior senator. Exhibit 7e, S.397, is one more try by Sherrod to get "Promoting Physical Activity for Americans Act" passed into law, introduced February 13, 2023. Now that Senator Brown is retired, perhaps he might take up this as worthy use of his time; maybe working with Robert F. Kennedy Jr: let's get Americans in better shape, happy and healthier to live longer and have a better quality of life.

8.  **OMB Table 7.1. "We're never paying down the Debt. Ever!"**
*We might as well say: never.* Here's the track record that's the partner to OMB Table 7.3. It's funny that OMB begins this table June 25, 1940, because there are only five more events, unless I'm mistaken, which cover all of the Public Debt of the nation; 1. & 2. being the First and Second Liberty Loan Acts; 3. boosting total of the Second Liberty Loan Act, from $7.5 billion to $25 billion (1935), 4. an increase to $45 billion (1938, combining both loan amounts and raising the total), and 5. minor change in law, without raising the amount (1939). My hunch is that they don't want everyone to see that it all began in 1917, for the First World War, was never paid off, and then used to finance the Second World War. Another thought. We tend to think, and my table is guilty of this, that all of these Debt events, the ever-rising total, are mostly the fault of presidents. I say: it's the exact opposite. Presidents come and go, but Congress is always there, it's just that it's too easy to focus on a single man and lay blame at his feet than consider that it's congressional leaders, YOUR REPRESENTATIVE and YOUR TWO SENATORS who are as much to blame, more to blame, than any president. Remember, remember, remember: presidents get to sign, which is to say approve, any-and-all spending bills; but those bills only get to his desk WHEN Congress votes to spend the money. Sure, sure, sure, each president is the "captain" of his political team; he and they are often working in concert. Still, it's the Congress which has been there, every year, every Congress, voting for spending, spending way too much. When my reporting gets before the nation, when the nation looks at how Congress passed the Budget Control Act of 1974, then abused the hell out of it for fifty years—first 21 years, spending passed on time, four times, for FY1977, FY1989, FY1995, and FY1997. September 30, 1996, was the last time Congress passed the annual spending on time, the day before the new fiscal year began, October 1, 1996. Since then: 28 straight years of spending passed late. America: you've voted for this, voting for these cheaters; though, in your defense, the dishonest and corrupt media and political commentators your follow never, never, never had you focused on *this*.

9. **OMB Table 7.3. "Their version; which may o*r may not be available."*** *This was* the official version *which was* available online. So, we'll start with that. When Donald Trump came into office in 2017, the Historic Tables, available online at OMB were gone; I don't remember how long that persisted, but in a few weeks, if memory serves correctly, they return. When Donald Trump came into office in 2025, more funny business. Who knows who did what when; *Durbin v. Biden* was filed on January 8, 2025; I can't say which day it was these tables disappeared. Search now: https://obamawhitehouse.archives.gov and https://trumpwhitehouse.archives.gov. But you'll never guess how odd this is: the rise of the Public Debt from the Biden years, piled atop Presidents Obama and Trump: isn't there (in the Trump archived version of Table 7.3). The Trump archive ends with OMB Table 7.3, line 125 . . . when there's no final amount for the third Trump "suspension" of the Public Debt Limit. So, looking at that table you'd never know that as this suit was filed a month ago, the Public Debt had just crested the $36 trillion mark. Even as the Debt limit in the Code is still stuck at $14.294 trillion.

A few more points. My version of Table 7.3, which is Exhibit 2, *used to be* what was online during the Biden years. At least for a while. As you'll note, my lines for the first-two Biden Debt events, when Congress and President Biden "pretended" to add dollars to Treasury's "self-set," "in-house" Public Debt limit: my table has what they used to say; it was nonsense, since, in their explanations, they put what was in the law, that these dollar amounts were piled atop, well, the first one, atop the final Trump "suspension," which—like all of the fake, false, and dishonest "suspensions"—never raised the limit at their end: because they couldn't. Treasury doesn't get to change the law on its own (even if they want to). The second Biden Debt event was piled atop his first. Their table used to say that; I never made it a daily habit to see what changes, slying and hiding they were up to.

The final, big point: it's in my Table 7.3. Nothing after line 109 is honest. And that's what this suit is all about. But: it's such a big deal problem for them right now that they're not going to talk about it . . . until the day the suddenly annouced: we've slayed the dragon—no more Public Debt limit. As if that will solve it all. It won't. Stay tuned. . . .

Ex. 1

# Public Debt Limit

## United States Code

### TITLE 31, CHAPTER 31—PUBLIC DEBT

### SUBCHAPTER I—BORROWING AUTHORITY

**§3101. Public debt limit**

(a) In this section, the current redemption value of an obligation issued on a discount basis and redeemable before maturity at the option of its holder is deemed to be the face amount of the obligation.

(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) **may not be more than $14,294,000,000,000, outstanding at one time,** subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.

The amount stated in the United States Code—$14.294 trillion; but then that odd legal phrasing: *may not be more than $14,294,000,000,000, outstanding at one time,* **subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.**

<u>But the Editorial Note states: reference to House Rules no longer applies.</u>

<u>And 'section 3101A' never—never—changed this limit!</u>

***There's something "not right."*** Something Congress, or *its leaders—have been hiding!* Something *funny* began years ago that's become a monster. OMB Historical Table 7.3 (Ex. 2) is next, but ***something's "not right"*** there. There's the continued "march" of the limit as it rose to over $31 trillion: but **that's not what's *in the United States Code.*** From 1983 through 2010, the stated dollar amount in the Code *changed,* prominently so (Ex. 3). But then: never again. It was the August 2, 2011, Obama-Biden-McConnell spending- and-debt scheme that changed everything: #FakeDebtCeiling. The most-recent OMB entries came from two "dollar additions" passed by Congress (with only Democrats votes), that pretended to add to a limit that hasn't existed—for the last-12 years.

<div style="border:1px solid">Ex. 2</div>

# White House/OMB Historical Table 7.3

## Table 7.3 — STATUTORY LIMITS ON FEDERAL DEBT: 1940–CURRENT

(Dollar amounts in billions)

| | Statute | Date | Description | Limit |
|---|---|---|---|---|
| | Column A | Column B | Column C | Column D |
| 100. | 116 Stat. 734 | June 28, 2002 | Increased the debt limit to | 6,400.0 |
| 101. | 117 Stat. 710 | May 27, 2003 | Increased the debt limit to | 7,384.0 |
| 102. | 118 Stat. 2337 | November 19, 2004 | Increased the debt limit to | 8,184.0 |
| 103. | 120 Stat. 289 | March 20, 2006 | Increased the debt limit to | 8,965.0 |
| 104. | 121 Stat. 988 | September 29, 2007 | Increased the debt limit to | 9,815.0 |
| 105. | 122 Stat. 2908 | July 30, 2008 | Increased the debt limit to | 10,615.0 |
| 106. | 122 Stat. 3790 | October 3, 2008 | Increased the debt limit to | 11,315.0 |
| 107. | 123 Stat. 366 | February 17, 2009 | Increased the debt limit to | 12,104.0 |
| 108. | 123 Stat. 3483 | December 28, 2009 | Increased the debt limit to | 12,394.0 |
| 109. | 124 Stat. 8 | February 12, 2010 | Increased the debt limit to | 14,294.0 |
| 110. | 125 Stat. 251 | August 2, 2011 | Increased the debt limit to | 14,694.0 |
| 111. | | | Effective after September 21, 2011, increased the debt limit to | 15,194.0 |
| 112. | | | Effective after January 27, 2012, increased the debt limit at | 16,394.0 |
| 113. | 127 Stat. 51 | February 4, 2013 | Suspended the existing debt limit from February 4, 2013, through May 18, 2013, and prospectively increased the limit to accommodate the increase in such debt outstanding as of May 19, 2013. | |
| 114. | | | Effective May 19, 2013, reestablished the debt limit at | 16,699.4 |
| 115. | 127 Stat. 566 | October 17, 2013 | Suspended the existing debt limit from October 17, 2013, through February 7, 2014, and prospectively increased the limit to accommodate the increase in such debt outstanding as of February 8, 2014. | |
| 116. | | | Effective February 8, 2014, reestablished the debt limit at | 17,211.6 |
| 117. | 128 Stat. 1011 | February 15, 2014 | Suspended the existing debt limit from February 15, 2014, through March 15, 2015, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 16, 2015. | |
| 118. | | | Effective March 16, 2015, reestablished the debt limit at | 18,113.0 |
| 119. | 129 Stat. 620 | November 2, 2015 | Suspended the existing debt limit from November 2, 2015, through March 15, 2017, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 16, 2017. | |
| 120. | | | Effective March 16, 2017, reestablished the debt limit at | 19,808.8 |
| 121. | 131 Stat. 1139 | September 8, 2017 | Suspended the existing debt limit from September 8, 2017, through December 8, 2017, and prospectively increased the limit to accommodate the increase in such debt outstanding as of December 9, 2017. | |
| 122. | | | Effective December 9, 2017, reestablished the debt limit at | 20,456.0 |
| 123. | 132 Stat. 132 | February 9, 2018 | Suspended the existing debt limit from February 9, 2018, through March 1, 2019, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 2, 2019. | |
| 124. | | | Effective March 2, 2019, reestablished the debt limit at | 21,987.7 |
| 125. | 133 Stat. 1057 | August 2, 2019 | Suspended the existing debt limit from August 2, 2019, through July 31, 2021, and prospectively increased the limit to accommodate the increase in such debt outstanding as of July 31, 2021. | |
| 126. | | | Effective July 31, 2021, reestablished the debt limit at | 28,401.5 |
| 127. | 135 Stat. 407 | October 14, 2021 | The limitation under section 3101(b) of title 31, United States Code, as most recently increased by section 301 of the Bipartisan Budget Act of 2019 (31 U.S.C. 3101 note), is increased by $480,000,000,000. | 28,881.5 |
| 128. | 135 Stat. 1514 | December 16, 2021 | The limitation under section 3101(b) of title 31, United States Code, as most recently increased by Public Law 117-50 (31 U.S.C. 3101 note), is increased by $2,500,000,000,000. (added to hybrid, fake amount, line 127) | 31,381.5 |
| 129. | 137 Stat. 48 | June 3, 2023 | Suspended the existing debt limit from June 3, 2023, through January 1, 2025, and prospectively increased the limit to accommodate the increase in such debt outstanding as of January 1, 2025. | |

Line 109: Stated Debt limit U.S. Code, from 2010; Democrat control; passed with no Republican votes. No increase since changed the amount in the U.S. Code.

Line 110: This three-line stagger-step was the Budget Control Act of 2011 (the Sequester); three-step increases rolled-out over 6 months. These specific dollar amounts, though "stated" in the law, had "no effect" on the dollar amount in the U.S. Code. You wouldn't "know that," looking at this "dishonest" OMB table; you'd have to look in the U.S. Code!

Lines 113, 115, 117 & 119: Obama increases 5 thru 8 became law on one date, but increase "unknown" until later "stated" by OMB (some time after the "suspension" ended).

Lines 121, 123, 125: Trump increases 1 thru 3; the "gaming of the public" via this OMB Historical Table continued under Trump, just as it had played during the Obama-Biden years.

Lines 127, 128: Biden dollar amounts, "fake additions" to a non-existing limit; "gaming of the public" continued under Biden, just as it had played during the Trump years.

Table doesn't include 165 weeks "stuck" at expired, "fake" limit. 11 weeks (May to Aug. 2011); 5 weeks (Jan. 2013); 22 wks (May to Oct. 2013); 33 weeks (Mar. to Nov. 2015); 25 wks (Mar. to Sept. 2017); 9 wks (ending Feb. 2018); 22 wks (Mar. to Aug. 2, 2019); 11 wks (Aug. to Oct. 2021); 8 wks (Oct. to Dec. 2021); 19 wks (Jan. to Jun. 2023)

The following page shows the "listed dollar-amount amendments" to the Debt limit section of the U.S. Code; a 28-year run of "stated" Debt limit increases, from May of 1983 up to August of 2011. Then: the Budget Control Act of 2011 "pretended" to raise the Debt limit by $2.1 trillion, in three steps, beginning with line 110. But no increase after line 109: AFFECTED THE CODE. The Code is stuck at the 2010 increase. Yet every Debt event, beginning with the 2011 limit increase "failure," is listed at OMB, referencing Treasury Department reporting—but those dollar amounts are *a fiction*, divorced from what's in the United States Code. This dishonesty needs to be answered. Will the members of Congress say: *I didn't know?* **But, what of your leaders, surely—*they must have known.* Seven Debt events, beginning in 2013, only "suspending" the limit, **until *two games in 2021*** "pretended" to add money to a limit that wasn't real anymore. Yet the nation is supposed to believe that not a single leader—or member—knew any of this? Who's going to believe *that?*

Ex. 3

# "Stated dollar amount amendments"

**Why did the "system" change? Why aren't the last thirteen years in the Code?
Debt limit increases had been stated through 2010, at $14.294 trillion.**

# United States Code

## TITLE 31, CHAPTER 31—PUBLIC DEBT

### SUBCHAPTER I—BORROWING AUTHORITY

#### §3101. Public debt limit

(a) In this section, the current redemption value of an obligation issued on a discount basis and redeemable before maturity at the option of its holder is deemed to be the face amount of the obligation.

(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) **may not be more than $14,294,000,000,000, outstanding at one time,** subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise.

# Amendments

**2011**—Subsec. (b). Pub. L. 112–25 substituted <u>"or as provided by section 3101A or otherwise" for "or otherwise".</u>

**2010**—Subsec. (b). Pub. L. 111–139 **substituted "<u>$14,294,000,000,000</u>" for "$12,394,000,000,000".**

**2009**—Subsec. (b). Pub. L. 111–123 substituted "$12,394,000,000,000" for "$12,104,000,000,000".

**2009**—Subsec. (b). Pub. L. 111–5 substituted "$12,104,000,000,000" for "$11,315,000,000,000".

**2008**—Subsec. (b). Pub. L. 110–343 substituted "$11,315,000,000,000" for "$10,615,000,000,000".

**2008**—Subsec. (b). Pub. L. 110–289 substituted "$10,615,000,000,000" for "$9,815,000,000,000".

**2007**—Subsec. (b). Pub. L. 110–91 substituted "$9,815,000,000,000" for "$8,965,000,000,000".

**2006**—Subsec. (b). Pub. L. 109–182 substituted "$8,965,000,000,000" for "$8,184,000,000,000".

**2004**—Subsec. (b). Pub. L. 108–415 substituted "$8,184,000,000,000" for "$7,384,000,000,000".

**2003**—Subsec. (b). Pub. L. 108–24 substituted "$7,384,000,000,000" for "$6,400,000,000,000".

**2002**—Subsec. (b). Pub. L. 107–199 substituted "$6,400,000,000,000" for "$5,950,000,000,000".

**1997**—Subsec. (b). Pub. L. 105–33 substituted "$5,950,000,000,000" for "$5,500,000,000,000".

**1996**—Subsec. (b). Pub. L. 104–121 substituted "$5,500,000,000,000" for "$4,900,000,000,000".

**1993**—Subsec. (b). Pub. L. 103–66 substituted "$4,900,000,000,000" for "$4,145,000,000,000".

**1990**—Subsec. (b). Pub. L. 101–508 substituted "$4,145,000,000,000" for "$3,122,700,000,000".

**1989**—Subsec. (b). Pub. L. 101–140 substituted "$3,122,700,000,000" for "$2,800,000,000,000".

**1987**—Subsec. (b). Pub. L. 100–119 substituted "$2,800,000,000,000" for "$2,111,000,000,000".

**1986**—Subsec. (b). Pub. L. 99–384 substituted "$2,111,000,000,000" for "$1,847,800,000,000".

**1985**—Subsec. (b). Pub. L. 99–177 substituted "$1,847,800,000,000" for "$1,823,000,000,000".

**1984**—Subsec. (b). Pub. L. 98–475 substituted "$1,823,000,000,000" for "$1,573,000,000,000".

**1984**—Subsec. (b). Pub. L. 98–342 substituted "$1,573,000,000,000" for "$1,490,000,000,000.

**1983**—Subsec. (b). Pub. L. 98–161 substituted "$1,490,000,000,000" for "$1,389,000,000,000".

**1983**—Subsec. (b). Pub. L. 98–34 substituted "$1,389,000,000,000" for "$400,000,000,000".

This run of a stated Debt limit began May 26, 1983, as Congress eliminated the distinction between permanent and temporary limits with the enactment of a single, permanent limit. That law raised the Debt limit to $1.389 trillion.

Ex. 4

# The Debt games Congress played

## Here's what the media failed to report for the last-50 years

**1974: Congress "reset" the spending process:** *Congressional Budget and Impoundment Control Act of 1974.* That law spelled out a new, better organized and accountable annual budgeting and appropriation process for Congress (for its role, wholly within Congress), while placing limits on what the administration could and couldn't do with spending already passed into law.

**1983: Congress "reset" the nation's Debt**, declaring it all in *one pot,* eliminating the distinction between one part called "permanent" (originally from the Second Liberty Loan Act of 1917, as continually increased) and a second portion labeled "temporary." This Reagan-era reform called all Debt: *permanent.* What's laughable is that, after *that change,* there were 15 "temporary increases" in the level of the "permanent Debt" approved, as those silly games played throughout the Reagan, Bush 41, and Clinton administrations, from November 1985 through March of 1996.

**2011: Congress pretended to "raise" the Debt limit**, by $2.1 trillion, in complicated bill—which ***did not raise the limit stated*** in the U.S. Code. This was the Obama-Biden-McConnell spending-and-debt agreement sometimes called the "Sequester." The next Debt event . . .

**2013: February**—Congress approved a "suspension of the limit" for 14-weeks 5-days. The "scam" behind this event had been the "No Budget, No Pay Act of 2013." Each chamber passed its own Budget Resolution, and the stunt was over and done. FY2014 will still be 109 days late.

**2013–2019: Seven "suspensions"** of the 2010 Debt limit, February 2013 through August 2019. The 2019 Debt "suspension" came on ***the exact anniversary*** of the "failed" 2011 Obama-Biden-McConnell "increase" which began the mess; you can't make things like this up!

**2021: Democrats controlled both House and Senate.** Democrats were hellbent on passing Build Back Better stimulus package, bypassing a 60-vote Senate filibuster threshold using "budget reconciliation." The Senate parliamentarian ruled that any budget resolution addressing the Debt limit must "state" a specific, total dollar amount for the new limit. A "curious" public spectacle played out as Senate leaders Chuck Schumer and Mitch McConnell—alone, with no input from other members of Congress—"negotiated" between themselves (behind closed doors) for what to do. Democrats settled on pretending to "add" $480 billion (October) and $2.5 trillion (December): to *nothing,* since the October 2021 $480 billion was added to the August 2019 "suspension," but that had no stated dollar limit (none of the seven "suspension bills" had); December was piled upon the October 2021 *nothing.* Senate Republicans allowed this farce to proceed, with no filibuster, *pretending* to be disgusted.

**The reporting of John Paul Durbin in 2025** shows those ***two attempts at fiscal reform in 1974 and 1983 had been abject failures.*** Each failed, as Congress played dishonestly over the intervening 50 years. **The games became appreciably more dishonest** in the last thirteen years. Contributing to that failure: NO administration played "referee" on behalf of the public, insuring that the laws passed by Congress—were followed: *"enforced" by the president, as written and agreed to,* **following the stated timetable-and-rules for the passage of the annual spending—and for previously-agreed to spending amounts and constraints.**

**Do you see how the elements of this story are interconnected?** The "can't-miss" storyline for the last 50 years? Congress played games when approving spending, then worked to hide its responsibility for deficits and Debt. **It has been that carefully played public path that led to—the Fake Debt Ceiling.** Now this has become the crime against the nation—no one in Congress can admit having known. ***But that's not believable! Is it? Let Americans judge!***

Ex. 5a

# Petition For Redress

**Petitioner: John Paul Durbin, in
his name and on behalf of the citizens
of the United States of America,
to — our government.**

*Congress shall make no law respecting an establishment of religion,
or prohibiting the free exercise thereof; or abridging the freedom of
speech, or of the press; or the right of the people peaceably to assemble,
**and to petition the Government for a redress of grievances**.*

James Madison, Jr.
Representative, Commonwealth of Virginia
1st Congress of the United States of America
New York, New York
June 8, 1789
1st Amendment, *the Constitution
of the United States of America*

**respectful presented**

## February 5, 2025

# Call to Order

### To the citizens of the United States of America
### this 5th day of February 2025

### by petitioner
### John Paul Durbin

# Hear ye!
# Hear ye!

**All citizens are called to order,** to sit in judgment of the Congress of the United States of America. To consider the report of the petitioner, including its Articles of Impeachment, along with the proposed opening process. Under my rights in the First Amendment to the Constitution of the nation, I have, in my name and on behalf of the nation, petitioned Congress for specific redresses of enumerated grievances.

**I charge Congress** with willful disregarding the Constitution of the nation as it has become accustomed to perennially operating in open violation of the laws of the land. Specifically, Congress obliterated any accountability of it to the nation for the honest, transparent, orderly, calm, and deliberative passage of the annual appropriations. Congress has continually failed to pass the annual appropriations by its September 30 due date for the last-28 years in a row; added to the record for the previous 21 years, Congress has failed to pass spending on time 45 out of 49 years. Concurrently, beginning with the November 7, 2000, election and continuing through the November 5, 2024, election, members of Congress sought reelection even as they had failed to complete passage of the annual spending for those already-begun fiscal years.

**Further, congressional leaders,** with the full support of members, bastardized the Debt limit of the nation. Previously, the Debt limit had been correctly and completely stated in the United States Code, Title 31 section 3101(a) and (b), from its inception on September 24, 1917, until August 2, 2011. While the Debt of the nation now exceeds $36 trillion, Congress has left the limit in the U.S. Code stuck at $14.294 trillion, from February 12, 2010.

# It's time: for the Congress of the United States of America
to commit to stand before the bar of justice, submitting itself and its members to judgment by the citizens of the United States of America.

# Petition For Answer

**presented to the 119th Congress
of the United States of America
this 5th day of February 2025**

**Petitioner:**

**John Paul Durbin**

# Resolved: The Congress of the United States of America
shall commit to stand before the bar of justice, submitting itself and its
members to judgment by the citizens of the United States of America
in a series of prime-time presentations to answer to the charges
placed against it in the accompanying Petition For Redress.

**The Senate:** Commencing at 7:00 p.m. February 18, 2025, the Senate
shall publicly debate for no more than four hours, followed by a roll call
vote beginning no later than 11:00 p.m., the resolution: **Commitment
To Answer.** That commitment to the nation will be to accept or reject
the specifics of the citizen-petitioner for the timing and the manner for
the first week of presentation, debates, and votes by the Senate of the
United States of America in answer to the extensive list of charges
against Congress, its leaders and members, including Articles of
Impeachment, as enumerated in the full Petition For Redress.

**The House:** Commencing at 7:00 p.m. February 19, 2025, the House
shall publicly debate for no more than four hours, followed by a roll call
vote beginning no later than 11:00 p.m., the resolution: **Commitment
To Answer.** That commitment to the nation will be to accept or reject
the specifics of the citizen-petitioner for the timing and the manner for
the first week of presentation, debates, and votes by the Senate of the
United States of America in answer to the extensive list of charges
against Congress, its leaders and members, including Articles of
Impeachment, as enumerated in the full Petition For Redress.

Ex. 5b

# Debt Limit Resolution

## Congress shall take full responsibility to correct the Debt limit in the United States Code with this Resolution:

1. **Congress shall accept full responsibility** for the 13 years of *mistakes,* as its Debt actions listed below failed to change the legal, stated limit for the national Debt, in Title 31 section 3101(a), section 3101(b), even after adding section 3101A, it's all left the limit "stuck" at $14.294 trillion, from its enactment in Public Law 111-139, February 12, 2010, a law that raised the limit from $12.394 trillion.

2. **Failure of Public Law 112–25,** effective August 2, 2011; passed by the House 269 – 161, passed by the Senate 74 – 26, did not raise the limit by $2.1 trillion as its language pretended it would, owing to Title III: Debt Ceiling Disapproval Process; *president certifies to the Congress need for more Debt, the limit is then raised by $400 million; if Congress does not vote to disapprove, a subsequent $500 million is added;* in further convoluted language $1.2 trillion was added. *This bill had allowed Treasury to borrow $2.1 trillion, but it didn't change the stated limit.* Signed into law by President Obama.

3. **Failure of the following seven "Debt events,"** beginning February 4, 2013, and continuing through August 2, 2019, the Congress of the United States of America "suspended" the Debt limit, fully understanding that there was no legal mechanism at the end of each suspension which would change **the amount stated in the United States Code,** which has remained "stuck" at $14.294 trillion.

4. **Failure of Public Law 113–3,** effective February 4, 2013; House vote 285 – 144, passed by the Senate 64 – 34; **from the law:** *Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date of the enactment of this Act and ending on May 18, 2013.* Signed into law by President Obama.

5. **Failure of Public Law 113-46,** effective October 17, 2013; House vote 285 – 144, passed by the Senate 81 – 18; **from the law:** *(b) Certification.--Not later than 3 days after the date of enactment of this Act, the President may submit to Congress a written certification that absent a suspension of the limit under section 3101(b) of title 31, United States Code, the Secretary of the Treasury would be unable to issue Debt to meet existing commitments.   (c) Suspension. -- (1) In general.--Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date on which the President submits to Congress a certification under subsection (b) and ending on February 7, 2014.* Signed into law by President Obama.

6. **Failure of Public Law 113-83,** effective February 14, 2014; House vote 221 – 201, passed by the Senate 55 – 43; **from the law:** *Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date of the enactment of this Act and ending on March 15, 2015.* Signed into law by President Obama.

7. **Failure of Public Law 114-74,** effective November 2, 2015; House vote 266 – 167, passed by the Senate 64 – 35; **from the law:** *Section 3101(b) of title 31, United States Code, **shall not apply** for the period beginning on the date of the enactment of this Act and ending on March 15, 2017.* Signed into law by President Obama.

8. **Failure of Public Law 115-56,** effective September 8, 2017; House vote 316 – 90, passed by the Senate 80 – 17; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on December 8, 2017.* Signed into law by President Trump.

9. **Failure of Public Law 115-123,** effective February 9, 2018; House vote 240 – 186, passed by the Senate 71 – 28; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on March 1, 2019.* Signed into law by President Trump.

10. **Failure of Public Law 116-37,** effective August 2, 2019; House vote 284 – 149, passed by the Senate 67 – 28; from the law: *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on July 31, 2021.* Signed into law by President Trump.

11. **Failure of the following two Debt events, coming in 2021,** as Congress pretended to add stated dollar amounts of additional, "legal" Debt. However, the first was added to Public Law 116-37; the second, added to the first, which had not stated any dollar limit. While the Treasury Department, the Office of Management and Budget, and the Congress of the United States of America have chosen to *pretend* that the Debt limit of the nation had been "reset" at the end of each "suspension" of the limit passed into law (those seven events listed above), no "certification" or any other official pronouncement is able, ***after-the-fact,*** to change *any dollar amount or language* in the United States Code, as those changes only occur with language in bills passed by Congress, signed by the president.

12. **Failure of Public Law 117-50,** effective October 14, 2021; House vote 219 – 206, passed by the Senate 50 – 48; **from the law:** *The limitation under section 3101(b) of title 31, United States Code, as most recently increased by section 301 of the Bipartisan Budget Act of 2019 (31 U.S.C. 3101 note), is increased by $480,000,000,000.* Signed into law by President Biden. (House hid its final vote in H.Res.716; roll call No. 315)

13. **Failure of Public Law 117-73,** effective December 16, 2021; House vote 221 – 209, passed by the Senate 50 – 49; **from the law:** *Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That the limitation under section 3101(b) of title 31, United States Code, as most recently increased by Public Law 117–50 (31 U.S.C. 3101 note), is increased by $2,500,000,000,000.* Signed into law by President Biden.

14. **Failure of Public Law 118-5,** effective June 3, 2023; House vote 314 – 117, passed by the Senate 63 – 36; **from the law:** *Section 3101(b) of title 31, United States Code,* ***shall not apply*** *for the period beginning on the date of the enactment of this Act and ending on January 1, 2025.* Signed into law by President Biden.

15. **Confusing language in the law:** *§3101. Public debt limit: "(b) The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government (except guaranteed obligations held by the Secretary of the Treasury) may not be more than $14,294,000,000,000, outstanding at one time, subject to changes periodically made in that amount as provided by law through the congressional budget process described in Rule XLIX of the Rules of the House of Representatives or as provided by section 3101A or otherwise."* **The reference to House Rules** in the law, per the Editorial Notes, suggests that this portion of the law no longer applies; further suggesting that it hasn't been "functional" for decades. **The reference 'by section 3101A or otherwise'** points to convoluted Public Law 112–25, effective August 2, 2011, that failed

to raise the limit but *allowed* the president and the United States Treasury to increase the legal borrowing unless disapproved by the Congress. But those actions, if "technically legal" from August 2, 2011, through December 31, 2012, have left the Congress, the president, and the nation in a "no man's land" as of January 1, 2013, which continues right up to—today!

16. **No one should believe** that members of 119th Congress don't know that the legal Debt limit of the nation had been "obliterated" by the failure of the language and provisions of the August 2, 2011, Obama-Biden-McConnell deal, Public Law 112-25. While members may have been unaware of those defects *in that law* over its "effective" 17-months, it's not believable that seven, subsequent "Debt suspensions," from February 2013 through August 2019, were passed by a Congress wholly unaware that a "stated Debt limit" no longer existed, especially when the language in those bills—for the first time in history—explicitly stated: ***shall not apply.*** Those seven votes show a Congress intentionally defeating the 94-years-long tradition of the United States having a stated, specific dollar amount for legal amount of indebtedness allowed—in law, in the U.S. Code. Two pieces of Debt legislation enacted in the second half of 2021 displayed a *curious break* in the previous pattern. Those bills, passed with only Democrat votes, "pretended" to add dollars to *some limit, but they* ended up piled atop—*nothing. A final, eighth "suspension," June 2023,* continued these dis-*honest games.* This mess must be completely fixed, forever more. Therefore—

17. **"In consideration of our past failures** for the honest, timely, and public management of the nation's finances; in demonstration of our willingness to take full responsibility for our past spending, with the full reporting of our 13-years-plus record of failure, this is not the time, or place, in a hasty manner, under threat of crisis, to eliminate the 94-year tradition of a stated limit for the Debt of the nation. Therefore: we pass this resolution to clear away the existing, confusing language in the law while taking full responsibility for stating a dollar limit for the indebtedness of the United States of America, reflective of the financial accounts of the nation today—without empty promises for future actions of any kind."

```
            One Hundred Nineteenth Congress
                        of the
                United States of America

                 AT THE FIRST SESSION

      Begun and held at the City of Washington on Friday, the
        third day of January, two thousand and twenty-five

                       An Act

     To amend title 31 of the United States Code to increase the
     public debt limit by stated dollar amount.

     Be it enacted by the Senate and House of Representatives of
     the United States of America in Congress assembled,

                 SECTION 1. CHANGE IN PUBLIC DEBT LIMIT.

     Subsection (b) of section 3101 of title 31, United States
     Code, is amended by striking out the dollar limitation
     $14,294,000,000,000 and inserting in lieu thereof
     ``$38,000,340,000,000'', and striking out ``subject to
     changes periodically made in that amount as provided by
     law through the congressional budget process described in
     Rule XLIX of the Rules of the House of Representatives or
     as provided by section 3101A or otherwise''.
```

— 157 —

Ex. 5c

# Take Responsibility!

## Give us an honest and dramatic opening process, making it obvious to all: you work *for* the American people!

1. **If this "defect" between the U.S. Code and the intent of Congress is NO BIG DEAL: then FIX IT.** We all know that we're $36-trillion-plus in Debt; what's so difficult about putting *that* into the law? Isn't the limit, today: ILLEGAL???

2. **We note of the effect of your games over 13 years: the Debt kept rising.** Your repeated "suspensions" of the limit changed nothing. Every year you spent too much and every year the Debt kept rising while you pretended to be concerned, pledging that someday you would change some things to make it all better. But that never happened.

3. **If this "defect" in the limit is a big deal, if the leaders had done this alone: They need to take responsibility. But: you need to make it right. Honest.** Obviously, these leaders ~~must recuse themselves~~ *have to go!* How can they continue to lead? If they cannot, there's an important opportunity at hand—*for the nation.*

4. **Isn't *this congressional seniority system* the problem? It's rewarded** the wrong kind of people, given them too much power, allowing them to remain in charge far too long. Wouldn't the nation be better served if each caucus has a public, televised debate and vote—replacing your current leaders? Isn't your first challenge, for Democrats and Republicans: building back trust by the American people in the institution of Congress *and* the people who lead it? Doesn't Congress—and the nation—need a clean break from our current seniority system, with leaders who played the same games for far too long? *With your support!* If only the financial crisis facing the nation was limited to the Fake Debt Ceiling. The spending games of Congress over the last 49 years scream how poorly you have served us. Sadly, how easily you pulled that off. Congressional leaders *appear* to bear most of the responsibility. But every-two years, 96 senators and 431 House members supported their leaders—and all of the games. On spending. On Debt. Cheating the American people out of honest, orderly, and accountable: public government.

5. **A new, public process must lead. Explain *that* to the American people.** Tell your constituents of the importance of regular order—as the new/old standard. Explain to voters that there is no point voting for members of Congress if that isn't the standard for the passage of spending—and Debt: from now on. Especially as this process begins!

6. **Do you really think you can excuse your way through what must come next?** Rush through some secret, backroom plan during the workday for most Americans, forcing them to find out for themselves—from this dishonest and corrupt media—what you did? I don't think that's going to fly with most Americans—not when you're having to take a vote to raise the limit from $14.294 trillion to $36 trillion—in a single vote!

7. **Are you so brazen to think you can promise—**future spending cuts when your defense for the $22 trillion lie is your incompetence, and corrupt leaders who hid this from you? Give us an unprecedented, lengthy public process. Take responsibility for what you've done. Commit to FY2025 in 12 spending bills as the most important task as the 119th Congress begins. Televise votes for the biggest spending bills—in prime time!

| Ex. 5d |
|--------|

# Will Congress Answer?

## The most simple proposition: Will Congress formally and publicly respond to the charges against it?

1. **Will Congress answer these charges?** When? How? Who will step forward, speaking with what authority, with what specific proposals for a public process?

2. **Is the Congress of the United States of America answerable to the America people?** How so? On whose terms? In what manner? Under what rules? With what notice, to whom, for what process? How public? A process, for how long?

3. **Will the 119th Congress make a good faith effort** to formally and orderly, and with notice, accept this unprecedented use of the First Amendment to the Constitution of the United States of America, the right of a single petitioner "to petition the Government for a redress of grievances," as presented by this individual, in his name and on behalf of the American people?

4. **Will the 119th Congress respect an orderly process** wherein the citizens of the nation have been called to sit in judgment of this Congress for its fiscal management of the nation's affairs; a called for judgment of its public record which has strayed so far from an honest and reasonable adherence to the Constitution and to the laws of this republic. Simply put: Will the Congress of the United States of America give its citizens reasonable notice before it begins to address these matters and, concurrently, give full notice for the process to occur, its rules and organizing structures, along with its commitment to an orderly and public process for an, as yet, indeterminate length of time—Yea or Nay?

5. **When will Congress speak to the nation in prime time to answer these charges?**

## Process: for the American people & members of Congress

- ☐ **1.** Petitioner is able to present petition to 119th Congress, president, and to the nation.

- ☐ **2.** Congress, president, and the American people acknowledge receipt thereof.

- ☐ **3.** Congress commits to a public process; a schedule, with at least 72 hour notice.

- ☐ **4.** Congress commits to a specific process; reasonable order; debate and public votes.

- ☐ **5.** Congress publicly accepts responsibility for the Fake Debt Ceiling, with details.

- ☐ **6.** Congress accepts responsibility for Appropriation approvals for the last-14 years.

- ☐ **7.** Congress commits to the calm and orderly approval of Fiscal Year 2025 spending.

- ☐ **8.** Congress and the American people, *together,* decide *what's next* for the Debt limit.

- ☐ **9. Tuesday, November 3, 2026: those citizens who chose to, GO VOTE in person!**

> **Ex. 6**

# What are the 31 different combinations of the First Amendment rights?

The First Amendment of the United States Constitution includes five fundamental rights: freedom of religion, speech, press, assembly, and petition. The combinations of these rights can be categorized based on how many rights are included in each combination. **Here are all 31 unique combinations:**

## Single Rights (5)

1. Freedom of religion
2. Freedom of speech
3. Freedom of press
4. Freedom of assembly
5. Right to petition

## Combinations of Two Rights (10)

6. Freedom of religion + Freedom of speech
7. Freedom of religion + Freedom of press
8. Freedom of religion + Freedom of assembly
9. Freedom of religion + Right to petition
10. Freedom of speech + Freedom of press
11. Freedom of speech + Freedom of assembly
12. Freedom of speech + Right to petition
13. Freedom of press + Freedom of assembly
14. Freedom of press + Right to petition
15. Freedom of assembly + Right to petition

## Combinations of Three Rights (10)

16. Freedom of religion + Freedom of speech + Freedom of press
17. Freedom of religion + Freedom of speech + Freedom of assembly
18. Freedom of religion + Freedom of speech + Right to petition
19. Freedom of religion + Freedom of press + Freedom of assembly
20. Freedom of religion + Freedom of press + Right to petition
21. Freedom of religion + Freedom of assembly + Right to petition
22. Freedom of speech + Freedom of press + Freedom of assembly
23. Freedom of speech + Freedom of press + Right to petition
24. Freedom of speech + Freedom of assembly + Right to petition
25. Freedom of press + Freedom of assembly + Right to petition

## Combinations of Four Rights (5)

26. Freedom of religion + Freedom of speech + Freedom of press + Freedom of assembly
27. Freedom of religion + Freedom of speech + Freedom of press + Right to petition
28. Freedom of religion + Freedom of speech + Freedom of assembly + Right to petition
29. Freedom of religion + Freedom of press + Freedom of assembly + Right to petition
30. Freedom of speech + Freedom of press + Freedom of assembly + Right to petition

## All Five Rights
31. Freedom of religion + speech + press + assembly + right to petition

## Religion (16)
1. Freedom of religion
6. Freedom of religion + Freedom of speech
7. Freedom of religion + Freedom of press
8. Freedom of religion + Freedom of assembly
9. Freedom of religion + Right to petition
16. Freedom of religion + Freedom of speech + Freedom of press
17. Freedom of religion + Freedom of speech + Freedom of assembly
18. Freedom of religion + Freedom of speech + Right to petition
19. Freedom of religion + Freedom of press + Freedom of assembly
20. Freedom of religion + Freedom of press + Right to petition
21. Freedom of religion + Freedom of assembly + Right to petition
26. Freedom of religion + Freedom of speech + Freedom of press + Freedom of assembly
27. Freedom of religion + Freedom of speech + Freedom of press + Right to petition
28. Freedom of religion + Freedom of speech + Freedom of assembly + Right to petition
29. Freedom of religion + Freedom of press + Freedom of assembly + Right to petition
31. Freedom of religion + speech + press + assembly + right to petition

## Speech (16)
2. Freedom of speech
6. Freedom of religion + Freedom of speech
10. Freedom of speech + Freedom of press
11. Freedom of speech + Freedom of assembly
12. Freedom of speech + Right to petition
16. Freedom of religion + Freedom of speech + Freedom of press
17. Freedom of religion + Freedom of speech + Freedom of assembly
18. Freedom of religion + Freedom of speech + Right to petition
22. Freedom of speech + Freedom of press + Freedom of assembly
23. Freedom of speech + Freedom of press + Right to petition
24. Freedom of speech + Freedom of assembly + Right to petition
26. Freedom of religion + Freedom of speech + Freedom of press + Freedom of assembly
27. Freedom of religion + Freedom of speech + Freedom of press + Right to petition
28. Freedom of religion + Freedom of speech + Freedom of assembly + Right to petition
30. Freedom of speech + Freedom of press + Freedom of assembly + Right to petition
31. Freedom of religion + speech + press + assembly + right to petition

## Press (16)
3. Freedom of press
7. Freedom of religion + Freedom of press
10. Freedom of speech + Freedom of press
13. Freedom of press + Freedom of assembly
14. Freedom of press + Right to petition
16. Freedom of religion + Freedom of speech + Freedom of press
19. Freedom of religion + Freedom of press + Freedom of assembly
20. Freedom of religion + Freedom of press + Right to petition

— 161 —

22. Freedom of speech + Freedom of press + Freedom of assembly
23. Freedom of speech + Freedom of press + Right to petition
25. Freedom of press + Freedom of assembly + Right to petition
26. Freedom of religion + Freedom of speech + Freedom of press + Freedom of assembly
27. Freedom of religion + Freedom of speech + Freedom of press + Right to petition
29. Freedom of religion + Freedom of press + Freedom of assembly + Right to petition
30. Freedom of speech + Freedom of press + Freedom of assembly + Right to petition
31. Freedom of religion + speech + press + assembly + right to petition

## Assembly (16)

4. Freedom of assembly
8. Freedom of religion + Freedom of assembly
11. Freedom of speech + Freedom of assembly
13. Freedom of press + Freedom of assembly
15. Freedom of assembly + Right to petition
17. Freedom of religion + Freedom of speech + Freedom of assembly
19. Freedom of religion + Freedom of press + Freedom of assembly
21. Freedom of religion + Freedom of assembly + Right to petition
22. Freedom of speech + Freedom of press + Freedom of assembly
24. Freedom of speech + Freedom of assembly + Right to petition
25. Freedom of press + Freedom of assembly + Right to petition
26. Freedom of religion + Freedom of speech + Freedom of press + Freedom of assembly
28. Freedom of religion + Freedom of speech + Freedom of assembly + Right to petition
29. Freedom of religion + Freedom of press + Freedom of assembly + Right to petition
30. Freedom of speech + Freedom of press + Freedom of assembly + Right to petition
31. Freedom of religion + speech + press + assembly + right to petition

## Petition (16)

5. Right to petition
9. Freedom of religion + Right to petition
12. Freedom of speech + Right to petition
14. Freedom of press + Right to petition
15. Freedom of assembly + Right to petition
18. Freedom of religion + Freedom of speech + Right to petition
20. Freedom of religion + Freedom of press + Right to petition
21. Freedom of religion + Freedom of assembly + Right to petition
23. Freedom of speech + Freedom of press + Right to petition
24. Freedom of speech + Freedom of assembly + Right to petition
25. Freedom of press + Freedom of assembly + Right to petition
27. Freedom of religion + Freedom of speech + Freedom of press + Right to petition
28. Freedom of religion + Freedom of speech + Freedom of assembly + Right to petition
29. Freedom of religion + Freedom of press + Freedom of assembly + Right to petition
30. Freedom of speech + Freedom of press + Freedom of assembly + Right to petition
31. Freedom of religion + speech + press + assembly + right to petition

These combinations illustrate the various ways in which the rights protected under the First Amendment can interact and support one another in the context of American freedoms.

Ex. 7a

**Introduced in Senate (04/22/2021)**

**117th CONGRESS**
**1st Session**

# S. 1301

To provide for the publication by the Secretary of Health and Human Services of physical activity recommendations for Americans.

## IN THE SENATE OF THE UNITED STATES

**April 22, 2021**

Mr. Brown (for himself, Mr. Wicker, and Mrs. Capito) introduced the following bill; which was read twice and referred to the Committee on Health, Education, Labor, and Pensions

## A BILL

To provide for the publication by the Secretary of Health and Human Services of physical activity recommendations for Americans.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. Short title.**

This Act may be cited as the "Promoting Physical Activity for Americans Act".

**SEC. 2. Physical activity recommendations for Americans.**

(a) Reports.—

(1) IN GENERAL.—Not later than December 31, 2028, and at least every 10 years thereafter, the Secretary of Health and Human Services (referred to in this section as the "Secretary") shall publish a report that provides physical activity recommendations for the people of the United States. Each such report shall contain physical activity information and recommendations for consideration and use by the general public, and shall be considered, as applicable and appropriate, by relevant Federal agencies in carrying out relevant Federal health programs.

(2) BASIS OF RECOMMENDATIONS.—The information contained in each report required under paragraph (1) shall be based on the most current evidence-based scientific and medical knowledge at the time the report is prepared, and shall include additional recommendations for population subgroups, such as children or individuals with disabilities, including information regarding engagement in appropriate physical activity and avoiding inactivity.

(3) UPDATE REPORTS.—Not later than 5 years after the publication of the first report under paragraph (1), and at least every 10 years thereafter, the Secretary shall publish an updated report detailing evidence-based practices and highlighting continuing issues with respect to physical activity. The contents of reports under this paragraph may focus on a particular group, subsection, or other division of the general public or on a particular issue relating to physical activity.

(b) Interaction with other recommendations.—Federal agencies proposing to issue physical activity recommendations that differ from the recommendations in the most recent report published under subsection (a)(1) shall, as applicable and appropriate, take into consideration the recommendations provided through reports issued under this Act.

(c) Existing authority not affected.—This section is not intended to limit the support of biomedical research by any Federal agency or to limit the presentation or communication of scientific or medical findings or review of such findings by any Federal agency.

(d) Limitation.—Notwithstanding any other provision of this Act, no physical fitness standard established under this Act shall be binding on any individual as a matter of Federal law or regulation.

https://www.congress.gov/bill/117th-congress/senate-bill/1301/text (as introduced in the Senate; entire text)

**Ex. 7b**

**Shown Here:**
**Enrolled Bill**

S. 1301

# One Hundred Seventeenth Congress
## of the
### United States of America

**AT THE FIRST SESSION**

*Begun and held at the City of Washington on Sunday,*
*the third day of January, two thousand and twenty one*

## An Act

To provide for the publication by the Secretary of Health and Human Services of physical activity recommendations for Americans.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

## SECTION 1. INCREASE OF PUBLIC DEBT LIMIT.

The limitation under section 3101(b) of title 31, United States Code, as most recently increased by section 301 of the Bipartisan Budget Act of 2019 (31 U.S.C. 3101 note), is increased by $480,000,000,000.

*Speaker of the House of Representatives*

*Vice President of the United States and President of the Senate*

**Here's the Sherrod Brown bill, S.1301, as it became a law for the nation.** It's still titled, as you can read for yourself, underneath "An Act": *To provide for the publication by the Secretary of Health and Human Services of physical activity recommendations for Americans.*

**Tell me they don't know what they're doing.** Tell me there's no funny business to this. Compare this to what they played two months later in December. And you wonder why I write: they're all dishonest and corrupt. It's here! This, America, is the entire bill. It's all the text that's there. There's nothing else.

**How stupid are they? How stupid do they think Americans are? Let's ask them.**

Ex. 7c

**Introduced in Senate (12/14/2021)**

**117th CONGRESS**
**1st Session**

# S.J.RES. 33

## IN THE SENATE OF THE UNITED STATES
### December 14, 2021

Mr. Schumer introduced the following joint resolution; which was ordered placed on the calendar pursuant to Public Law 117–71

### JOINT RESOLUTION

Joint resolution relating to increasing the debt limit.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the limitation under section 3101(b) of title 31, United States Code, as most recently increased by Public Law 117–50 (31 U.S.C. 3101 note), is increased by $2,500,000,000,000.

**That's it, America. The entire bill. There's nothing more to it.**

In late September the House passed another "suspension." But the secret talks between senators Schumer and McConnell resulted with the "Cap Space" game, adding a stated dollar amount to what was—in the fall of 2021 —a ten-years-long scam of a no-longer-functioning Debt limit. *I call it a ten-years-long scam,* because in the U.S. Code it's "stuck" at a $14.294 trillion limit, passed by Democrats, alone, in February of 2010.

**A straight-forward bill in December, with a funny procedural move to set up the vote.**

I can't believe what I must report. The more you look at the games they play, the more disgusted you become. Is it any wonder why so many Americans don't vote. Why Congress is held in so low regard. I have to fight against my desire to write another three-page report on this.

It goes like this. Democrat Senator from Virginia, Tim Kaine, March 3, 2021, introduces S.610: *To address behavioral health and well-being among health care professionals;* the Short Title may be cited as the "Dr. Lorna Breen Health Care Provider Protection Act." By the time its passed in December it has become: *Protecting Medicare and American Farmers from Sequester Cuts Act.* Tucked into that bill is an expedited process in the Senate for raising the Debt limit: "The procedures limit debate, waive points of order, and prohibit amendments. The procedures may only be used once and expire after January 16, 2022."

The Tim Kaine bill became law (Public Law 117-71, above) December 10, 2021. That made it "legal" for the Senate to quickly consider and pass *an illegal piece of legislation, piled atop 9 previous, dishonest Debt events.*

What's up with Democrat senators introducing pleasantly sounding bills about health, health care and all of that. In the end those bills become a convenient ploy for other things. Who in Washington is serious about anything?

— 165 —

> **Ex. 7d**

**Introduced in Senate (12/14/2022)**

**117th CONGRESS**
**2D Session**

# S. 5254

To provide for the publication by the Secretary of Health and Human Services of physical activity recommendations for Americans.

## IN THE SENATE OF THE UNITED STATES

### December 14, 2022

Mr. Brown (for himself, Mr. Wicker, and Mrs. Capito) introduced the following bill; which was read twice and referred to the Committee on Health, Education, Labor, and Pensions

---

## A BILL

To provide for the publication by the Secretary of Health and Human Services of physical activity recommendations for Americans.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. Short title.**

This Act may be cited as the "Promoting Physical Activity for Americans Act".

**SEC. 2. Physical activity recommendations for Americans.**

(a) Reports.—

(1) IN GENERAL.—Not later than December 31, 2029, and at least every 10 years thereafter, the Secretary of Health and Human Services (referred to in this section as the "Secretary") shall publish a report that provides physical activity recommendations for the people of the United States. Each such report shall contain physical activity information and recommendations for consideration and use by the general public, and shall be considered, as applicable and appropriate, by relevant Federal agencies in carrying out relevant Federal health programs.

(2) BASIS OF RECOMMENDATIONS.—The information contained in each report required under paragraph (1) shall be based on the most current evidence-based scientific and medical knowledge at the time the report is prepared, and shall include additional recommendations for population subgroups, such as children or individuals with disabilities, including information regarding engagement in appropriate physical activity and avoiding inactivity.

(3) UPDATE REPORTS.—Not later than 5 years after the publication of the first report under paragraph (1), and at least every 10 years thereafter, the Secretary shall publish an updated report detailing evidence-based practices and highlighting continuing issues with respect to physical activity. The contents of reports under this paragraph may focus on a particular group, subsection, or other division of the general public or on a particular issue relating to physical activity.

(b) Interaction with other recommendations.—Federal agencies proposing to issue physical activity recommendations that differ from the recommendations in the most recent report published under subsection (a)(1) shall, as applicable and appropriate, take into consideration the recommendations provided through reports issued under this Act.

(c) Existing authority not affected.—This section is not intended to limit the support of biomedical research by any Federal agency or to limit the presentation or communication of scientific or medical findings or review of such findings by any Federal agency.

(d) Limitation.—Notwithstanding any other provision of this Act, no physical fitness standard established under this Act shall be binding on any individual as a matter of Federal law or regulation.

https://www.congress.gov/bill/117th-congress/senate-bill/5254/text (as introduced in the Senate; entire text)

| Ex. 7e |
|--------|

**Introduced in Senate (02/13/2023)**

**118th CONGRESS**
**1st Session**

# S. 397

To provide for the publication by the Secretary of Health and Human Services of physical activity recommendations for Americans.

## IN THE SENATE OF THE UNITED STATES

### February 13, 2023

Mr. Brown (for himself, Mr. Wicker, and Mrs. Capito) introduced the following bill; which was read twice and referred to the Committee on Health, Education, Labor, and Pensions

## A BILL

To provide for the publication by the Secretary of Health and Human Services of physical activity recommendations for Americans.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. Short title.**

This Act may be cited as the "Promoting Physical Activity for Americans Act".

**SEC. 2. Physical activity recommendations for Americans.**

(a) Reports.—

(1) IN GENERAL.—Not later than December 31, 2029, and at least every 10 years thereafter, the Secretary of Health and Human Services (referred to in this section as the "Secretary") shall publish a report that provides physical activity recommendations for the people of the United States. Each such report shall contain physical activity information and recommendations for consideration and use by the general public, and shall be considered, as applicable and appropriate, by relevant Federal agencies in carrying out relevant Federal health programs.

(2) BASIS OF RECOMMENDATIONS.—The information contained in each report required under paragraph (1) shall be based on the most current evidence-based scientific and medical knowledge at the time the report is prepared, and shall include additional recommendations for population subgroups, such as children or individuals with disabilities, including information regarding engagement in appropriate physical activity and avoiding inactivity.

(3) UPDATE REPORTS.—Not later than 5 years after the publication of the first report under paragraph (1), and at least every 10 years thereafter, the Secretary shall publish an updated report detailing evidence-based practices and highlighting continuing issues with respect to physical activity. The contents of reports under this paragraph may focus on a particular group, subsection, or other division of the general public or on a particular issue relating to physical activity.

(b) Interaction with other recommendations.—Federal agencies proposing to issue physical activity recommendations that differ from the recommendations in the most recent report published under subsection (a)(1) shall, as applicable and appropriate, take into consideration the recommendations provided through reports issued under this Act.

(c) Existing authority not affected.—This section is not intended to limit the support of biomedical research by any Federal agency or to limit the presentation or communication of scientific or medical findings or review of such findings by any Federal agency.

(d) Limitation.—Notwithstanding any other provision of this Act, no physical fitness standard established under this Act shall be binding on any individual as a matter of Federal law or regulation.

https://www.congress.gov/bill/118th-congress/senate-bill/397/text (as introduced in the Senate; entire text)

Ex. 8

# Office of Management and Budget: Table 7.1
### Federal Debt at the end of Fiscal Year 1940 – 2025† (in Millions of Dollars)

**Franklin D. Roosevelt  6 yrs**

| | | |
|---|---|---|
| 1940 | $50,696 | Base |
| 1941 | $57,531 | 13.5% |
| 1942 | $79,200 | 37.7% |
| 1943 | $142,648 | 80.1% |
| 1944 | $204,079 | 43.1% |
| 1945 | $260,123 | 27.5% |

**Harry S. Truman  8 yrs**

| | | |
|---|---|---|
| 1946 | $270,991 | 4.2% |
| 1947 | $257,149 | -5.1% |
| 1948 | $252,031 | -2.0% |
| 1949 | $252,610 | 0.2% |
| 1950 | $256,853 | 1.7% |
| 1951 | $255,288 | -0.6% |
| 1952 | $259,097 | 1.5% |
| 1953 | $265,963 | 2.6% |

**Dwight D. Eisenhower  8 yrs**

| | | |
|---|---|---|
| 1954 | $270,812 | 1.8% |
| 1955 | $274,366 | 1.3% |
| 1956 | $272,693 | -0.6% |
| 1957 | $272,252 | -0.2% |
| 1958 | $279,666 | 2.7% |
| 1959 | $287,465 | 2.8% |
| 1960 | $290,525 | 1.1% |
| 1961 | $292,648 | 0.7% |

**John F. Kennedy  3 yrs**

| | | |
|---|---|---|
| 1962 | $302,928 | 3.5% |
| 1963 | $310,324 | 2.4% |
| 1964 | $316,059 | 1.8% |

**Lyndon B. Johnson  5 yrs**

| | | |
|---|---|---|
| 1965 | $322,318 | 2.0% |
| 1966 | $328,498 | 1.9% |
| 1967 | $340,445 | 3.6% |
| 1968 | $368,685 | 8.3% |
| 1969 | $365,769 | -0.8% |

**Richard Nixon  5 yrs**

| | | |
|---|---|---|
| 1970 | $380,921 | 4.1% |
| 1971 | $408,176 | 7.2% |
| 1972 | $435,936 | 6.8% |
| 1973 | $466,291 | 7.0% |
| 1974 | $483,893 | 3.8% |

**Gerald R. Ford  3 yrs**

| | | |
|---|---|---|
| 1975 | $541,925 | 12.0% |
| 1976 | $628,970 | 16.1% |
| TQ | $643,561 | 2.3% |
| 1977 | $706,398 | 9.8% |

**Jimmy Carter  4 yrs**

| | | |
|---|---|---|
| 1978 | $776,602 | 9.9% |
| 1979 | $829,467 | 6.8% |
| 1980 | $909,041 | 9.6% |
| 1981 | $994,828 | 9.4% |

**Ronald Reagan  8 yrs**

| | | |
|---|---|---|
| 1982 | $1,137,315 | 14.3% |
| 1983 | $1,371,660 | 20.6% |
| 1984 | $1,564,586 | 14.1% |
| 1985 | $1,817,423 | 16.2% |
| 1986 | $2,120,501 | 16.7% |
| 1987 | $2,345,956 | 10.6% |
| 1988 | $2,601,104 | 10.9% |
| 1989 | $2,867,800 | 10.3% |

**George H.W. Bush  4 yrs**

| | | |
|---|---|---|
| 1990 | $3,206,290 | 11.8% |
| 1991 | $3,598,178 | 12.2% |
| 1992 | $4,001,787 | 11.2% |
| 1993 | $4,351,044 | 8.7% |

**Bill Clinton  first 4 yrs**

| | | |
|---|---|---|
| 1994 | $4,643,307 | 6.7% |
| 1995 | $4,920,586 | 6.0% |
| 1996 | $5,181,465 | 5.3% |
| 1997 | $5,369,206 | 3.6% |

**Bill Clinton (fake surplus*)**

| | | |
|---|---|---|
| 1998* | $5,478,189 | 2.0% |
| 1999* | $5,605,523 | 2.3% |
| 2000* | $5,628,700 | 0.4% |
| 2001* | $5,769,881 | 2.5% |

**George W. Bush  8 yrs**

| | | |
|---|---|---|
| 2002 | $6,198,401 | 7.4% |
| 2003 | $6,760,014 | 9.1% |
| 2004 | $7,354,657 | 8.8% |
| 2005 | $7,905,300 | 7.5% |
| 2006 | $8,451,350 | 6.9% |
| 2007 | $8,950,744 | 5.9% |
| 2008 | $9,986,082 | 11.6% |
| 2009 | $11,875,851 | 18.9% |

**Barack Obama  8 yrs**

| | | |
|---|---|---|
| 2010 | $13,528,807 | 13.9% |
| 2011 | $14,764,222 | 9.1% |
| 2012 | $16,050,921 | 8.7% |
| 2013 | $16,719,434 | 4.2% |
| 2014 | $17,794,483 | 6.4% |
| 2015 | $18,120,106 | 1.8% |
| 2016 | $19,539,450 | 7.8% |
| 2017 | $20,205,704 | 3.4% |

**Donald Trump  4 yrs**

| | | |
|---|---|---|
| 2018 | $21,462,277 | 6.2% |
| 2019 | $22,669,466 | 5.6% |
| 2020 | $26,902,455 | 18.7% |
| 2021 | $28,385,562 | 5.5% |

**Joe Biden  4 yrs**

| | | |
|---|---|---|
| 2022 | $30,838,586 | 8.6% |
| 2023 | $32,988,990 | 7.0% |
| 2024 estimate | $35,107,906 | |
| 2025 estimate | $37,096,435 | |

\* Appropriations showed a "surplus" while total Debt continued to rise.

† Omitting years 2026–2029 from OMB Table 7.1

Ex. 9

## Table 7.3 - STATUTORY LIMITS ON FEDERAL DEBT: 1940 - CURRENT

(Dollar amounts in billions)

| Statute | Date | Description | Limit |
|---------|------|-------------|-------|
| 54 Stat. 526 | June 25, 1940 | Amended sec. 21, adding new authority for issuance of $4 billion National Defense Series obligations outstanding | 49.0 |
| 55 Stat. 7 | February 19, 1941 | Amended sec. 21, eliminating authority for $4 billion of National Defense Series obligations and increasing limitation to | 65.0 |
| 56 Stat. 189 | March 28, 1942 | Amended sec. 21, increasing limitation to | 125.0 |
| 57 Stat. 63 | April 11, 1943 | Amended sec. 21, increasing limitation to | 210.0 |
| 58 Stat. 272 | June 9, 1944 | Amended sec. 21, increasing limitation to | 260.0 |
| 59 Stat. 47 | April 3, 1945 | Amended sec. 21, including obligations guaranteed as to principal and interest by the United States and increasing limitation to | 300.0 |
| 60 Stat. 316 | June 26, 1946 | Amended sec. 21, defining face amount of savings bonds to be current redemption value and decreasing limitation to | 275.0 |
| 68 Stat. 895 | August 28, 1954 | Increasing sec. 21 limitation by $6 billion during period beginning August 28, 1954, and ending June 30, 1955 | 281.0 |
| 69 Stat. 241 | June 30, 1955 | Amended act of August 28, 1954, extending increase in limitation until June 30, 1956 | 281.0 |
| 70 Stat. 519 | July 9, 1956 | Increased sec. 21 limitation by $3 billion during period beginning July 1, 1956, and ending June 30, 1957 | 278.0 |
|  |  | Temporary increase terminated July 1, 1957, and limitation reverted to | 275.0 |
| 72 Stat. 27 | February 26, 1958 | Increased sec. 21 limitation by $5 billion during period beginning February 26, 1958, and ending June 30, 1959 | 280.0 |
| 72 Stat. 1758 | September 2, 1958 | Amended sec. 21, increasing limitation to $283 billion, which with temporary increase of February 26, 1958 made limitation | 288.0 |
| 73 Stat. 156 | June 30, 1959 | Amended sec. 21, increasing limitation to $285 billion and increased sec. 21 limitation by $10 billion during period beginning July 1, 1959, and ending June 30, 1960 | 295.0 |
| 74 Stat. 290 | June 30, 1960 | Increased sec. 21 limitation by $8 billion during period beginning July 1, 1960, and ending June 30, 1961 | 293.0 |
| 75 Stat. 148 | June 30, 1961 | Increased sec. 21 limitation by $13 billion during period beginning July 1, 1961, and ending June 30, 1962 | 298.0 |
| 76 Stat. 23 | March 13, 1962 | Increased sec. 21 limitation by $2 billion (in addition to temporary increase of $13 billion in act of June 30, 1961) during period beginning March 13, 1962, and ending June 30, 1962 | 300.0 |
| 76 Stat. 124 | July 1, 1962 | Increased sec. 21 limitation during the periods: |  |
|  |  | (1) beginning July 1, 1962, and ending March 31, 1963, to | 308.0 |
|  |  | (2) beginning April 1, 1963, and ending June 24, 1963, to | 305.0 |
|  |  | (3) beginning June 25, 1963, and ending June 30, 1963, to | 300.0 |
| 77 Stat. 50 | May 29, 1963 | Increased sec. 21 limitation during the periods: |  |
|  |  | (1) beginning May 29, 1963, and ending June 30, 1963, to | 307.0 |
|  |  | (2) beginning July 1, 1963, and ending August 31, 1963, to | 309.0 |
| 77 Stat. 131 | August 27, 1963 | Increased sec. 21 limitation during the period beginning September 1, 1963, and ending November 30, 1963, to | 309.0 |
| 77 Stat. 342 | November 26, 1963 | Increased sec. 21 limitation during the periods: |  |
|  |  | (1) beginning December 1, 1963, and ending June 29, 1964, to | 315.0 |
|  |  | (2) ending June 30, 1964, to | 309.0 |
| 78 Stat. 225 | June 29, 1964 | Increased sec. 21 limitation during the period beginning June 29, 1964, and ending June 30, 1965, to | 324.0 |
| 79 Stat. 172 | June 24, 1965 | Increased sec. 21 limitation during the period beginning July 1, 1965, and ending June 30, 1966, to | 328.0 |
| 80 Stat. 221 | June 24, 1966 | Increased sec. 21 limitation during the period beginning July 1, 1966, and ending June 30, 1967, to | 330.0 |
| 81 Stat. 4 | March 2, 1967 | Increased sec. 21 limitation during the period beginning March 2, 1967, and ending June 30, 1967, to | 336.0 |
| 81 Stat. 99 | June 30, 1967 | Sec. 21 amended to increase limitation on aggregate outstanding at any time to | 358.0 |
|  |  | Sec. 21 amended also to increase the limitation temporarily, beginning July 1, 1968, and each July 1 thereafter for the period beginning July 1 and ending June 29 of each succeeding calendar year by $7 billion, providing an operating limitation of | 365.0 |
| 83 Stat. 7 | April 7, 1969 | Amended sec. 21, increasing limitation to $365 billion, and increased sec. 21 limitation by $12 billion during period beginning April 7, 1969, and ending June 30, 1970 | 377.0 |
| 84 Stat. 368 | June 30, 1970 | Amended sec. 21, increasing limitation to $380 billion, and increased sec. 21 limitation by $15 billion during period beginning July 1, 1970, and ending June 30, 1971 | 395.0 |
| 85 Stat. 5 | March 17, 1971 | Amended sec. 21, increasing limitation to $400 billion, and increased sec. 21 limitation by $30 billion during period beginning March 17, 1971, and ending June 30, 1972 | 430.0 |
| 86 Stat. 63 | March 15, 1972 | Amended sec. 21, to further increase the limitation temporarily by $20 billion during period beginning March 15, 1972, and ending June 30, 1972 | 450.0 |
| 86 Stat. 406 | July 1, 1972 | Amended act of March 15, 1972, striking out June 30, 1972, and inserting in lieu thereof October 31, 1972 | 450.0 |
| 86 Stat. 1324 | October 27, 1972 | Increased sec. 21 limitation during the period beginning November 1, 1972, and ending June 30, 1973 | 465.0 |
| 87 Stat. 134 | July 1, 1973 | Amended act of October 27, 1972, striking out June 30, 1973, and inserting in lieu thereof November 30, 1973 | 465.0 |
| 87 Stat. 691 | December 3, 1973 | Increased sec. 21 limitation during the period beginning December 3, 1973, and ending June 30, 1974 | 475.7 |
| 88 Stat. 285 | June 30, 1974 | Increased sec. 21 limitation during the period beginning June 30, 1974, and ending March 31, 1975 | 495.0 |
| 89 Stat. 5 | February 19, 1975 | Increased sec. 21 limitation during the period beginning February 19, 1975, and ending June 30, 1975 | 577.0 |
| 89 Stat. 246 | June 30, 1975 | Increased sec. 21 limitation during the period beginning June 30, 1975, and ending November 15, 1975 | 577.0 |

## Table 7.3 - STATUTORY LIMITS ON FEDERAL DEBT: 1940 - CURRENT

(Dollar amounts in billions)

| | Statute | Date | Description | Limit |
|---|---|---|---|---|
| 49. | 89 Stat. 693 | November 14, 1975 | Increased sec. 21 limitation during the period beginning November 14, 1975, and ending March 15, 1976 | 595.0 |
| 50. | 90 Stat. 217 | March 15, 1976 | Increased sec. 21 limitation during the period beginning March 15, 1976, and ending June 30, 1976 | 627.0 |
| 51. | 90 Stat. 793 | June 30, 1976 | Increased sec. 21 limitation during the periods: | |
| 52. | | | (1) beginning July 1, 1976, and ending September 30, 1976, to | 636.0 |
| 53. | | | (2) beginning October 1, 1976, and ending March 31, 1977, to | 682.0 |
| 54. | | | (3) beginning April 1, 1977, and ending September 30, 1977, to | 700.0 |
| 55. | | | Temporary increase terminated October 1, 1977, and limitation reverted to | 400.0 |
| 56. | 91 Stat. 1090 | October 4, 1977 | Increased sec. 21 limitation by $352 billion during the period beginning October 4, 1977, and ending March 31, 1978 | 752.0 |
| 57. | 92 Stat. 185 | March 27, 1978 | Amended act of October 4, 1977, striking out March 31, 1978, and inserting in lieu thereof July 31, 1978 | 752.0 |
| 58. | | | Temporary increase terminated August 1, 1978, and limitation reverted to | 400.0 |
| 59. | 92 Stat. 419 | August 3, 1978 | Increased sec. 21 limitation by $398 billion during the period beginning August 3, 1978, and ending March 31, 1979 | 798.0 |
| 60. | | | Temporary increase terminated April 1, 1979, and limitation reverted to | 400.0 |
| 61. | 93 Stat. 8 | April 2, 1979 | Increased sec. 21 limitation by $430 billion during the period beginning April 2, 1979, and ending September 30, 1979 | 830.0 |
| 62. | 93 Stat. 589 | September 29, 1979 | Increased sec. 21 limitation by $479 billion during the period beginning September 29, 1979, and ending May 31, 1980 | 879.0 |
| 63. | 94 Stat. 421 | May 30, 1980 | Amended act of September 29, 1979, striking out May 31, 1980, and inserting in lieu thereof June 5, 1980 | 879.0 |
| 64. | 94 Stat. 439 | June 6, 1980 | Amended act of September 29, 1979, striking out June 5, 1980, and inserting in lieu thereof June 30, 1980 | 879.0 |
| 65. | 94 Stat. 598 | June 28, 1980 | Increased sec. 21 limitation by $525 billion during the period beginning June 28, 1980, and ending February 28, 1981 | 925.0 |
| 66. | 94 Stat. 3261 | December 19, 1980 | Increased the total debt limit (composed of $400.0 billion of permanent ceiling, $535.1 billion of temporary ceiling) to | 935.1 |
| 67. | 95 Stat. 4 | February 7, 1981 | Increased the temporary portion of the debt limit to $585.0 billion through September 30, 1980, raising the total debt ceiling to | 985.0 |
| 68. | 95 Stat. 955 | September 30, 1981 | Increased the temporary portion of the debt limit to $599.8 billion for one day -- September 30, 1981 | 999.8 |
| 69. | 95 Stat. 956 | September 30, 1981 | Increased the temporary portion of the debt limit to $679.8 billion through September 30, 1982 | 1,079.8 |
| 70. | 96 Stat. 130 | June 28, 1982 | Increased the temporary portion of the debt limit to $743.1 billion through September 30, 1982 | 1,143.1 |
| 71. | 96 Stat. 1156 | September 30, 1982 | Increased the temporary portion of the debt limit to $890.2 billion through September 30, 1983 | 1,290.2 |
| 72. | 97 Stat. 196 | May 26, 1983 | Eliminated the distinction between permanent and temporary limit with the enactment of a single permanent limit. Raised the debt limit to | 1,389.0 |
| 73. | 97 Stat. 1012 | November 21, 1983 | Increased the debt limit to | 1,490.0 |
| 74. | 98 Stat. 217 | May 25, 1984 | Increased the debt limit to | 1,520.0 |
| 75. | 98 Stat. 313 | July 6, 1984 | Increased the debt limit to | 1,573.0 |
| 76. | 98 Stat. 2206 | October 13, 1984 | Increased the debt limit to | 1,823.8 |
| 77. | 99 Stat. 814 | November 14, 1985 | Increased the debt limit temporarily through December 6, 1985, to | 1,903.8 |
| 78. | 99 Stat. 1037 | December 12, 1985 | Increased the debt limit to | 2,078.7 |
| 79. | 100 Stat. 818 | August 21, 1986 | Increased the debt limit to | 2,111.0 |
| 80. | 100 Stat. 1968 | October 21, 1986 | Increased the debt limit temporarily through May 15, 1987, to | 2,300.0 |
| 81. | 101 Stat. 308 | May 15, 1987 | Increased the debt limit temporarily through July 17, 1987, to | 2,320.0 |
| 82. | 101 Stat. 542 | July 30, 1987 | Increased the debt limit temporarily through August 6, 1987, to | 2,320.0 |
| 83. | 101 Stat. 550 | August 10, 1987 | Increased the debt limit temporarily through September 23, 1987, to | 2,352.0 |
| 84. | 101 Stat. 754 | September 29, 1987 | Increased the debt limit to | 2,800.0 |
| 85. | 103 Stat. 182 | August 7, 1989 | Increased the debt limit temporarily through October 31, 1989, to | 2,870.0 |
| 86. | 103 Stat. 830 | November 8, 1989 | Increased the debt limit to | 3,122.7 |
| 87. | 104 Stat. 403 | August 9, 1990 | Increased the debt limit temporarily through October 2, 1990, to | 3,195.0 |
| 88. | 104 Stat. 878 | October 2, 1990 | Increased the debt limit temporarily through October 6, 1990, to | 3,195.0 |
| 89. | 104 Stat. 897 | October 9, 1990 | Increased the debt limit temporarily through October 19, 1990, to | 3,195.0 |
| 90. | 104 Stat. 1033 | October 19, 1990 | Increased the debt limit temporarily through October 24, 1990, to | 3,195.0 |
| 91. | 104 Stat. 1078 | October 25, 1990 | Increased the debt limit temporarily through October 27, 1990, to | 3,195.0 |
| 92. | 104 Stat. 1087 | October 28, 1990 | Increased the debt limit temporarily through November 5, 1990, to | 3,230.0 |
| 93. | 104 Stat. 1388-560 | November 5, 1990 | Increased the debt limit to | 4,145.0 |
| 94. | 107 Stat. 42 | April 6, 1993 | Increased the debt limit temporarily through September 30, 1993, to | 4,370.0 |

## Table 7.3 - STATUTORY LIMITS ON FEDERAL DEBT: 1940 - CURRENT

(Dollar amounts in billions)

| | Statute | Date | Description | Limit |
|---|---|---|---|---|
| 95. | 107 Stat. 565 | August 10, 1993 | Increased the debt limit to | 4,900.0 |
| 96. | 110 Stat. 55 | February 8, 1996 | Temporarily exempted from limit obligations in an amount equal to the monthly insurance benefits payable under Title II of the Social Security Act in March 1996, the exemption to expire on the earlier of an increase in the limit or March 15, 1996. | |
| 97. | 110 Stat. 825 | March 12, 1996 | Temporarily exempted from limit (a) obligations in an amount equal to the monthly insurance benefits payable under Title II of the Social Security Act in March 1996 and (b) certain obligations issued to trust funds and other Federal Government accounts, both exemptions to expire on the earlier of an increase in the limit or March 30, 1996. | |
| 98. | 110 Stat. 875 | March 29, 1996 | Increased the debt limit to | 5,500.0 |
| 99. | 111 Stat. 648 | August 5, 1997 | Increased the debt limit to | 5,950.0 |
| 100. | 116 Stat. 734 | June 28, 2002 | Increased the debt limit to | 6,400.0 |
| 101. | 117 Stat. 710 | May 27, 2003 | Increased the debt limit to | 7,384.0 |
| 102. | 118 Stat. 2337 | November 19, 2004 | Increased the debt limit to | 8,184.0 |
| 103. | 120 Stat. 289 | March 20, 2006 | Increased the debt limit to | 8,965.0 |
| 104. | 121 Stat. 988 | September 29, 2007 | Increased the debt limit to | 9,815.0 |
| 105. | 122 Stat. 2908 | July 30, 2008 | Increased the debt limit to | 10,615.0 |
| 106. | 122 Stat. 3790 | October 3, 2008 | Increased the debt limit to | 11,315.0 |
| 107. | 123 Stat. 366 | February 17, 2009 | Increased the debt limit to | 12,104.0 |
| 108. | 123 Stat.3483 | December 28, 2009 | Increased the debt limit to | 12,394.0 |
| 109. | 124 Stat.8 | February 12, 2010 | Increased the debt limit to | 14,294.0 |
| 110. | 125 Stat.251 | August 2, 2011 | Increased the debt limit to | 14,694.0 |
| 111. | | | Effective after September 21, 2011, increased the debt limit to | 15,194.0 |
| 112. | | | Effective after January 27, 2012, increased the debt limit to | 16,394.0 |
| 113. | 127 Stat. 51 | February 4, 2013 | Suspended the existing debt limit from February 4, 2013, through May 18, 2013, and prospectively increased the limit to accommodate the increase in such debt outstanding as of May 19, 2013. | |
| 114. | | | Effective May 19, 2013, reestablished the debt limit at | 16,699.4 |
| 115. | 127 Stat. 566 | October 17, 2013 | Suspended the existing debt limit from October 17, 2013, through February 7, 2014, and prospectively increased the limit to accommodate the increase in such debt outstanding as of February 8, 2014. | |
| 116. | | | Effective February 8, 2014, reestablished the debt limit at | 17,211.6 |
| 117. | 128 Stat. 1011 | February 15, 2014 | Suspended the existing debt limit from February 15, 2014, through March 15, 2015, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 16, 2015. | |
| 118. | | | Effective March 16, 2015, reestablished the debt limit at | 18,113.0 |
| 119. | 129 Stat. 620 | November 2, 2015 | Suspended the existing debt limit from November 2, 2015, through March 15, 2017, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 16, 2017. | |
| 120. | | | Effective March 16, 2017, reestablished the debt limit at | 19,808.8 |
| 121. | 131 Stat. 1139 | September 8, 2017 | Suspended the existing debt limit from September 8, 2017, through December 8, 2017, and prospectively increased the limit to accommodate the increase in such debt outstanding as of December 9, 2017. | |
| 122. | | | Effective December 9, 2017, reestablished the debt limit at | 20,456.0 |
| 123. | 132 Stat. 132 | February 9, 2018 | Suspended the existing debt limit from February 9, 2018, through March 1, 2019, and prospectively increased the limit to accommodate the increase in such debt outstanding as of March 1, 2019. | |
| 124. | | | Effective March 1, 2019, reestablished the debt limit at | 21,987.7 |
| 125. | 133 Stat. 1057 | August 2, 2019 | Suspended the existing debt limit from August 2, 2019, through July 31, 2021, and prospectively increased the limit to accommodate the increase in such debt outstanding as of July 31, 2021. | |
| 126. | | | Effective August 1, 2021, reestablished the debt limit at | 28,401.5 |
| 127. | 135 Stat. 407 | October 14, 2021 | Increased the debt limit to | 28,881.5 |
| 128. | 135 Stat. 1514 | December 16, 2021 | Increased the debt limit to | 31,381.5 |
| 129. | 137 Stat. 48 | June 3, 2023 | Suspended the existing debt limit from June 3, 2023, through January 1, 2025, and prospectively increased the limit to accommodate the increase in such debt outstanding as of January 1, 2025. | |