IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

JOHN PAUL DURBIN v. JOSEPH BIDEN, et. al.
Case No. 2:25-cv-00013-MHW-KAJ

**ATTACHMENT #1 TO AMENDED COMPLAINT**

1. Joe Biden, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington DC  20500

2. Janet Yellen, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington DC  20220

3. Donald Trump, President of the United States
   Office of the White House Counsel
   The White House
   1600 Pennsylvania Avenue NW
   Washington DC  20500

4. Scott Bessent, Secretary of the Treasury
   Office of General Counsel, Treasury
   Department of the Treasury
   1500 Pennsylvania Avenue NW
   Washington DC  20220

5. Speaker Mike Johnson
   568 Cannon HOB
   Washington DC  20515

6. Majority Leader John Thune
   511 Dirksen SOB
   Washington DC  20510

7. Minority Leader Chuck Schumer
   322 Hart SOB
   Washington DC  20510

8. Minority Leader Hakeem Jeffries
   2433 Rayburn HOB
   Washington DC  20515

9. Senator Amy Klobuchar
   425 Dirksen SOB
   Washington DC  20510

10. Senator Deb Fischer
    448 Russell SOB
    Washington DC  20510

11. The United States Capitol Police Board
    119 D Street NE
    Washington, DC  20510

12. William McFarland
    Sergeant at Arms House of Representatives
    Room H-124 US Capitol
    Washington DC  20515

13. Jennifer A Hemingway
    Sergeant at Arms of the Senate
    Room S-151 US Capitol
    Washington DC 20510

14. Thomas E Austin
    Architect of the Capitol
    Room SB-15 US Capitol
    Washington DC 20515

15. J Thomas Manger
    Chief Capitol Police
    119 D Street NE
    Washington DC 20510

16. Russell Vought Director
    Office of Management and Budget
    725 17TH ST NW
    Washington DC 20503-0004

17. Shalanda Young, Director
    Office of Management and Budget
    725 17TH ST NW
    Washington DC 20503-0004

18. Timothy Gribben, Commissioner
    Department of the Treasury
    Bureau of the Fiscal Service
    3201 Pennsylvania Drive Bldg E

19. Phillip W. Swagel, Director
    Congressional Budget Office
    Ford HOB Fourth Floor
    Washington, DC 20515-6925

20. Karen Donfried, Director
    Congressional Research Service
    Library of Congress
    101 Independence Ave SE
    Washington, DC 20540-7000

21. Senate Committee on Rules and Admin
    305 Russell SOB
    Washington DC 20510-6200

22. Mitch McConnell
    317 Russell SOB
    Washington, DC 20510

23. Alex Padilla
    331 Hart SOB
    Washington, DC 20510

24. Ted Cruz
    167 Russell SOB
    Washington, DC 20510

25. Shelley Moore Capito
    170 Russell SOB
    Washington, DC 20510

26. Roger Wicker
    425 Russell SOB
    Washington, DC 20510

27. Senator Cindy Hyde-Smith
    702 Hart SOB
    Washington, DC 20510

28. Senator Bill Hagerty
    251 Russell SOB
    Washington, DC 20510

29. Senator Katie Britt
    502 Hart SOB
    Washington, DC 20510

30. Senator John Boozman
    555 Dirksen SOB
    Washington, DC 20510

— 3 —

31. Senator Peter Welch
124 Russell SOB
Washington, DC  20510

32. Senator Mark Warner
703 Hart SOB
Washington, DC  20510

33. Senator Angus King
133 Hart SOB
Washington, DC  20510

34. Senator Michael Bennet
261 Russell SOB
Washington, DC  20510

35. Senator Jon Ossoff
303 Hart SOB
Washington, DC  20510

36. Senator Jeff Merkley
531 Hart SOB
Washington, DC  20510

37. Senator Dick Durbin
711 Hart SOB
Washington, DC  20510

38. Senator John Cornyn
517 Hart SOB
Washington, DC  20510

39. Senator Tammy Baldwin
141 Hart SOB
Washington, DC  20510

40. Senator Rick Scott
110 Hart SOB
Washington, DC  20510

41. Senator Josh Hawley
115 Russell SOB
Washington, DC  20510

42. Senator Tim Kaine
231 Russell SOB
Washington, DC  20510

43. Senator Jackie Rosen
713 Hart SOB
Washington, DC  20510

44. Senator Bernie Sanders
332 Hart SOB
Washington, DC  20510

45. Senator Elizabeth Warren
311 Hart SOB
Washington, DC  20510

46. Senator Adam Schiff
112 Hart SOB
Washington, DC  20510

47. Senator Elissa Slotkin
825B Hart SOB
Washington, DC  20510

48. Senator Ruben Gallego
188 Russell SOB
Washington, DC  20510

49. Senator Lisa Blunt Rochester
B40A Dirksen SOB
Washington, DC  20510

50. Senator Jim Banks
B85 Russell SOB
Washington, DC  20510

51 Senator Andy Kim
B40D Dirksen SOB
Washington, DC  20510

52. Senator Chris Murphy
136 Hart SOB
Washington, DC  20510

53. Senator Martin Heinrich
    709 Hart SOB
    Washington, DC  20510

54. Senator Kevin Cramer
    313 Hart SOB
    Washington, DC  20510

55. Senator Pete Ricketts
    139 Russell SOB
    Washington, DC  20510

56. Senator Sheldon Whitehouse
    530 Hart SOB
    Washington, DC  20510

57. Senator Charles Grassley
    135 Hart SOB
    Washington, DC  20510

58. Senator Patty Murray
    154 Russell SOB
    Washington, DC  20510

59. Senator Mike Crapo
    239 Dirksen SOB
    Washington, DC  20510

60. Senator John Barrasso
    307 Dirksen SOB
    Washington, DC  20510

61. Senator Mazie Hirono
    109 Hart SOB
    Washington, DC  20510

62. Senator Kirsten Gillibrand
    478 Russell SOB
    Washington, DC  20510

63. Senator Marsha Blackburn
    357 Dirksen SOB
    Washington, DC  20510

64. Senator Maria Cantwell
    511 Hart SOB
    Washington, DC  20510

65. Representative Andy Biggs
    464 Cannon HOB
    Washington, DC  20515

66. Representative Lauren Boebert
    1713 Longworth HOB
    Washington, DC  20515

67. Representative Josh Brecheen
    351 Cannon HOB
    Washington, DC  20515

68. Representative Michael Cloud
    304 Cannon HOB
    Washington, DC  20515

69. Representative Andrew Clyde
    445 Cannon HOB
    Washington, DC  20515

70. Representative Eli Crane
    307 Cannon HOB
    Washington, DC  20515

71. Representative Byron Donalds
    1710 Longworth HOB
    Washington, DC  20515

72. Representative Paul Gosar
    2057 Rayburn HOB
    Washington, DC  20515

73. Representative Andy Harris
    1536 Longworth HOB
    Washington, DC  20515

74. Representative Anna Paulina Luna
    226 Cannon HOB
    Washington, DC  20515

75. Representative Mary Miller
    1740 Longworth HOB
    Washington, DC  20515

76. Representative Ralph Norman
    569 Cannon HOB
    Washington, DC  20515

77. Representative Andy Ogles
    151 Cannon HOB
    Washington, DC  20515

78. Representative Scott Perry
    2160 Rayburn HOB
    Washington, DC  20515

79. Representative Chip Roy
    103 Cannon HOB
    Washington, DC  20515

80. Representative Keith Self
    1030 Longworth HOB
    Washington, DC  20515

81. Representative James Comer
    2410 Rayburn HOB
    Washington, DC  20515

82. Representative Warren Davidson
    2113 Rayburn HOB
    Washington, DC  20515

83. Representative Tom Emmer
    326 Cannon HOB
    Washington, DC  20515

84. Representative Richard Hudson
    2112 Rayburn HOB
    Washington, DC  20515

85. Representative Thomas Massie
    2453 Rayburn HOB
    Washington, DC  20515

86. Representative Tom McClintock
    2256 Rayburn HOB
    Washington, DC  20515

87. Representative Gary Palmer
    170 Cannon HOB
    Washington, DC  20515

88. Representative David Rouzer
    2333 Rayburn HOB
    Washington, DC  20515

89. Representative Jason Smith
    1011 Longworth HOB
    Washington, DC  20515

90. Representative Bruce Westerman
    202 Cannon HOB
    Washington, DC  20515

91. Representative Victoria Spartz
    1609 Longworth HOB
    Washington, DC  20515

92. Representative Nancy Mace
    1728 Longworth HOB
    Washington, DC  20515

93. Representative Tom Suozzi
    203 Cannon HOB
    Washington, DC  20515

94. Representative Ryan Zinke
    512 Cannon HOB
    Washington, DC  20515

95. Representative Gabe Vasquez
    322 Cannon HOB
    Washington, DC  20515

96. Representative Jahana Hayes
    2049 Rayburn HOB
    Washington, DC  20515

97. Representative Jared Golden
    1107 Longworth HOB
    Washington, DC  20515

98. Representative Josh Harder
    209 Cannon HOB
    Washington, DC  20515

99. Representative Kim Schrier
    1110 Longworth HOB
    Washington, DC  20515

100. Representative Mike Levin
     2352 Rayburn HOB
     Washington, DC  20515

101. Representative Susie Lee
     365 Cannon HOB
     Washington, DC  20515

102. Representative Andrea Salinas
     403 Cannon HOB
     Washington, DC  20515

103. Representative Marie Gluesenkamp Perez
     1431 Longworth HOB
     Washington, DC  20515

104. Representative Zach Nunn
     1410 Longworth HOB
     Washington, DC  20515

105. Representative Mike Lawler
     324 Cannon HOB
     Washington, DC  20515

106. Representative David Schweikert
     166 Cannon HOB
     Washington, DC  20515

107. Representative Val Hoyle
     1620 Longworth HOB
     Washington, DC  20515

108. Representative Brandon Williams
     2336 Rayburn HOB
     Washington, DC  20515

109. Representative Pat Ryan
     1708 Longworth HOB
     Washington, DC  20515

110. Representative Juan Ciscomani
     461 Cannon HOB
     Washington, DC  20515

111. Representative Angie Craig
     2052 Rayburn HOB
     Washington, DC  20515

112. Representative Don Bacon
     2104 Rayburn HOB
     Washington, DC  20515

113. Representative Thomas Kean Jr
     251 Cannon HOB
     Washington, DC  20515

114. Representative David Valadao
     2465 Rayburn HOB
     Washington, DC  20515

115. Representative Alexandria Ocasio-Cortez
     250 Cannon HOB
     Washington, DC  20515

116. Representative Rashida Tlaib
     2438 Rayburn HOB
     Washington, DC  20515

117. Representative Ilhan Omar
     1730 Longworth HOB
     Washington, DC  20515

118. Representative Ayanna Pressley
     402 Cannon HOB
     Washington, DC  20515

119. Majority Leader Steve Scalise
     266 Cannon HOB
     Washington, DC  20515

120. Minority Whip Katherine Clark
     2368 Rayburn HOB
     Washington, DC  20515

121. Caucus Chair Pete Aguilar
     108 Cannon HOB
     Washington, DC  20515

122. Representative Nancy Pelosi
     1236 Longworth HOB
     Washington, DC  20515

— 7 —

123. Representative Steny Hoyer
     1705 Longworth HOB
     Washington, DC  20515

124. Representative James Clyburn
     274 Cannon HOB
     Washington, DC  20515

125. Senator John Curtis
     B11 Russell SOB
     Washington, DC  20510