AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| John Paul Durbin <br><br> *Plaintiff(s)* <br> v. <br> Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) <br> *Defendant(s)* | Civil Action No. 2:25-cv-00013 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Donald Trump, President of the United States
Office of the White House Counsel
The White House
1600 Pennsylvania Avenue NW
Washington DC  20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/5/25

*Signature of Clerk or Deputy Clerk* — Melissa Saddler

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| John Paul Durbin <br><br> *Plaintiff(s)* <br> v. <br> Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; <br> (See attachment #1) <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:25-cv-00013 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scott Bessent, Secretary of the Treasury
Office of General Counsel Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington DC  20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/5/25                                                          *melissa Saddler*
                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| John Paul Durbin <br><br> *Plaintiff(s)* <br> v. <br> Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; <br> (See attachment #1) <br> *Defendant(s)* | Civil Action No. 2:25-cv-00013 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Senate Committee on Rules and Administration
305 Russell SOB
Washington DC 20510-7000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Paul Durbin
P.O. Box 66
Walhonding, Oh 43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/5/25

*Melissa Saddler*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| John Paul Durbin | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:25-cv-00013 |
| Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States Capitol Police Board
119 D Street NE
Washington DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/5/25

*Melissa Saddler*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| John Paul Durbin <br><br> *Plaintiff(s)* <br> v. <br> Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:25-cv-00013 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William McFarland
Sergeant at Arms House of Representatives
Room H-124 US Capitol
Washington DC 20510


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Paul Durbin
P.O. Box 66
Walhonding, Oh 43843-0066


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/5/25

*Signature of Clerk or Deputy Clerk* Melina Saddler

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| John Paul Durbin<br><br>*Plaintiff(s)*<br>v.<br>Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary;<br>(See attachment #1)<br>*Defendant(s)* | Civil Action No. 2:25-cv-00013 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jennifer A Hemingway
Sergeant at Arms of the Senate
Room S-151 US Capitol
Washington DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  2/5/25

*CLERK OF COURT*

Melissa Saddler
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

John Paul Durbin

*Plaintiff(s)*

v.

Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary;
(See attachment #1)

*Defendant(s)*

Civil Action No. 2:25-cv-00013

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas E Austin
Architect of the Capitol
Room SB-15 US Capitol
Washington DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/5/25

*Melissa Sadler*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| John Paul Durbin <br><br> *Plaintiff(s)* <br> v. <br> Joe Biden, in his official capacity as 46th president of the United States; and Janet Yellen, in her official capacity as 78th Treasury Secretary; (See attachment #1) <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:25-cv-00013 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  J Thomas Manger
Chief Capitol Police
119 D Street NE
Washington DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John Paul Durbin
P.O. Box 66
Walhonding, Oh  43843-0066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/5/25

*Signature of Clerk or Deputy Clerk*: Melissa Saddler