| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) RACHEL HUDSON<br>C. Date of Delivery 1-217-25 |
| 1. Article Addressed to:<br>SENATOR DEB FISCHER<br>448 RUSSELL SOB<br>WASHINGTON DC 20510<br>DURBIN v. BIDEN<br>2:25-CV-00013 | D. Is delivery address different from item 1? ☐ Yes ☒ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) | 9589 0710 5270 1308 9220 46 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address, and ZIP+4 in this box •

FISC448 20510  8-1N   03/03/25

FILED RICHARD W. NAGEL CLERK OF COURT MAR 24 2025 U.S. DISTRICT COURT SOUTHERN DISTRICT OF OHIO