**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PHILLIP SWAGEL DIRECTOR
CONGRESSIONAL BUDGET OFFICE
FORD HOB 4TH FL
WASHINGTON DC 20515-6925
DURBIN v BIDEN
2:25-CV-00013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label)
9589 0710 5270 1308 9219 71

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
KINNEARY US COURTHOUSE
ROOM 121
COLUMBUS OH 43215

ALERT: SEVERE WEATHER IN THE SOUTHEAST U.S AND WINTER STORMS IN THE NORTH CE…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701308921971

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:41 am on January 16, 2025 in WASHINGTON, DC 20515.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20515
January 16, 2025, 11:41 am

**Arrived at Post Office**
WASHINGTON, DC 20018
January 16, 2025, 9:35 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
January 15, 2025, 8:19 pm

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
January 15, 2025, 8:05 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER

Feedback

January 15, 2025, 1:37 pm

**Processing Exception, Regional Weather Delay**
January 15, 2025, 10:56 am

**In Transit to Next Facility**
January 15, 2025, 10:41 am

**In Transit to Next Facility**
January 15, 2025, 7:33 am

**Departed USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
January 15, 2025, 5:03 am

**In Transit to Next Facility**
January 14, 2025

**Arrived at USPS Regional Origin Facility**
COLUMBUS OH DISTRIBUTION CENTER
January 13, 2025, 12:53 am

**USPS in possession of item**
COLUMBUS, OH 43218
January 12, 2025, 5:06 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

Case: 2:25-cv-00013-MHW-KAJ Doc #: 9 Filed: 03/31/25 Page: 4 of 4  PAGEID #: 304

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs