**PRESS FIRMLY TO SEAL**   **PRESS FIRMLY TO SEAL**

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**





UNITED STATES POSTAL SERVICE

- Expected delivery date
- Domestic shipments in
- USPS Tracking® servic
- Limited international in
- When used internationa

*Insurance does not cover certa
Domestic Mail Manual at http://
** See International Mail Manua

**FLAT RATE**
ONE RATE ■ ANY WEI

**TRACKED ■**


PS00001000014



Retail

**US POSTAGE PAID**
**$10.10**
Origin: 43028
04/24/25
3837170528-04

**PRIORITY MAIL®**

0 Lb 7.20 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 04/26/25

C004

SHIP TO:
RM 121
85 MARCONI BLVD
COLUMBUS OH 43215-2823

**USPS TRACKING® #**

9505 5154 1006 5114 6001 52

**FROM:**

John Paul Durbin
PO Box 66
Walhonding OH 43843
(571) 250-0112


85
Marconi Blvd

OFFICE OF THE CLERK
KINNEARY US COURTHOUSE
ROOM 121
COLUMBUS OH  43215

