IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN PAUL DURBIN,

    *Plaintiff,*

     v.

**JOSEPH BIDEN,** in his official capacity as 46th President of the United States; and
**JANET YELLEN,** in her official capacity as 78th Secretary of Treasury; and
**DONALD TRUMP,** in his official capacity as 47th President of the United States; and
**SCOTT BESSENT,** in his official capacity as 79th Secretary of Treasury; and et .al.,

    *Defendants.*

Case No. 2:25-cv-00013-MHW-KAJ



### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

    NOW Comes the Plaintiff, John Paul Durbin, for his Motion for Extension of Time to File a Responsive Pleading to the Defendants' Motion To Dismiss Plaintiff's Amended Complaint (Doc. 10) Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, say:

    1.    Defendants' Motion To Dismiss Plaintiff's Amended Complaint (Doc. 10) posted on the case docket April 4, 2025.

    2.    Plaintiff, this day, declares that his entire April has been spent, or better stated, completely bogged down and consumed considering, researching, writing, and editing all of the additional documents and motions which are concurrently filed with this Court today, being (1) Certificate of Service for the original complaint; (2) Plaintiff's Motion For Consolidated Service Via United States Attorney; (3) Declaration of John Paul Durbin (affidavit of menacing verbal assault upon Plaintiff, by security guard, Kinneary Courthouse, January 8, 2025).

3. Per the details in these documents, it should be clear to this Court and the Defense how totally consuming and distressing it has been to fully consider these matters, prepare these documents, and present them to the Court for review.

4. Plaintiff has not had the time to review the Motion to Dismiss (Doc. 10). Further, Plaintiff refused to divide his attention away from those urgent and pressing matters. The Motion To Dismiss involves such an important, impending task whereby Plaintiff's entire case hangs in the balance should this non-lawyer fail to adequately reply by fact, reason, argument and law to the best of his abilities within the originally allotted time. This will be an emotionally charged task for this Plaintiff. Fifteen years of this Plaintiff's life are invested in his project, his quest, his book, and now, his call upon the Congress of these United States, which has become his call upon this Court, that his First Amendment rights, protected by the Fourth, Fifth, and Fourteenth Amendments to the Constitution be honored on Capitol Hill, in the federal District of Columbia. Plus all of the other matters of what's in this case.

5. Plaintiff now waits upon this Court for the clarification for all matters of service upon all 125 defendants in this case (concurrently filed Motion For Consolidated Service). Plaintiff states to this Court and to the Defense that Plaintiff needs the resolution of these matters of service to have been fully completed, including whatever additional efforts this Court requires of the Plaintiff, with the final, official(?) notice upon the docket before his undivided attention can fall upon the Motion to Dismiss. What day will it be when all of that has been concluded?

6. Plaintiff requests 30 days to prepare and file his response to the Defense Motion To Dismiss. Plaintiff argues that the beginning calendar date for those 30 days does not begin until all matters of service have been concluded and thereby appear on the docket of this case. What yet remains as a call upon this Plaintiff's time, attention, focus, and worry on these matters?

7. Plaintiff could not possibly confer with Opposing Counsel, as required under Local

Rules 7.3, upon this motion for Plaintiff's request of additional time to respond to the Motion To Dismiss. With the complexity of the mess before this Court for Plaintiff's attempts at service, with all of the details of that report only now put before this Court, with the concurrent request for consolidated service for all defendant delivered-to/accepted-by Opposing Counsel, it hasn't been possible for Plaintiff to present documents to Opposing Counsel which were not complete (nor had they been filed with the Court). Further, Opposing Counsel's reply, acceptance of this extension, rejecting it, or having no opinion would be impossible—and unfair to all parties—until all of this matter was formally before this Court as filed upon the docket. Thus, in good faith, Plaintiff could not confer with Opposing Counsel, as stated above.

Date: April 24, 2025

Respectfully submitted,

_____
JOHN PAUL DURBIN
P.O. Box 66  Walhonding, OH 43843
(571) 250-0122
BereaSandstoneScioto@proton.me
(Plaintiff's new email address)

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th of April 2025, by USPS Priority Mail, I mailed the foregoing to the Clerk of Court, Kinneary Courthouse, for filing. Upon the Clerk's Office docketing of this pleading, notice of this filing will be sent through the Court's electronic filing system to all parties represented by attorneys who are registered users of the Court's electronic filing system as provided for in Fed.R.Civ.P. 5(b)(2)(E).

_____
JOHN PAUL DURBIN
*Pro Se* Plaintiff