PRESS FIRMLY TO SEAL

 

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED


UNIT...
POSTA...

- Expected delivery date
- Domestic shipments in
- USPS Tracking® servic
- Limited international in
- When used internation...

*Insurance does not cover certa...
Domestic Mail Manual at *http://*
** See International Mail Manua...

**FLAT RATE**
ONE RATE ■ ANY WE...

**TRACKED** ■


PS00001000014

 **UNITED STATES POSTAL SERVICE.**  *Retail*  Y®

**P**  US POSTAGE PAID
**$10.10**
Origin: 43028
04/24/25
3837170528-04

**PRIORITY MAIL®**

0 Lb 7.20 Oz
**RDC 03**

EXPECTED DELIVERY DAY:  04/26/25

[C004]

SHIP
TO:    RM 121
85 MARCONI BLVD
COLUMBUS OH 43215-2823

**USPS TRACKING® #**



9505 5154 1006 5114 6001 52



FROM:

John Paul Durbin
PO Box 66
Walhonding OH 43843
(571) 250-0112

Pickup,   *85 Marconi Blvd*

OFFICE OF THE CLERK
KINNEARY US COURTHOUSE
ROOM 121
COLUMBUS OH  43215

This package is made from post-consumer waste. Please recycle – again.