IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

APR 28 2025 2:24 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

**JOHN PAUL DURBIN,**

*Plaintiff,*

v.

**JOSEPH BIDEN,** in his official capacity
as 46th President of the United States; and
**JANET YELLEN,** in her official capacity
as 78th Secretary of Treasury; and
**DONALD TRUMP,** in his official capacity
as 47th President of the United States; and
**SCOTT BESSENT,** in his official capacity
as 79th Secretary of Treasury; and et .al.,

*Defendants.*

Case No. 2:25-cv-00013-MHW-KAJ

### PLAINTIFF'S AMENDED MOTION FOR CONSOLIDATED SERVICE VIA UNITED STATES ATTORNEY

#### I. COMPLETION OF SERVICE FOR ORIGINAL TWELVE DEFENDANTS

1. Plaintiff, from his mailing for filing to the Court of April 24, 2025, can now explain most of what happened to the PS FORM 3811 for the original 12 Defendants.

2. Thursday, April 24, 2025, Plaintiff was preparing his mailing to the Court of four documents. Plaintiff used the same word document on his computer, from his mailing labels from early January, to prepare this mailing to the Court. Plaintiff copied the address for the clerk of court, for those PS FORM 3811 "return-to-court" mailing label (January), for the mail-to address this time.

3. At the Howard, Ohio, Post Office, Thursday afternoon, Plaintiff is told that his addressee label is not acceptable as it does not have a street address. At that moment the Plaintiff didn't realize that there was a street address for the Kinneary Courthouse, that it was needed, and that Plaintiff had failed to put that in this label. The kindly postal clerk simply wrote 85 Marconi Blvd on a small

piece of paper, taped that onto the label of the USPS Priority Mail and said that it was good to go.

4. Priority Mail tracking number: 9505 5154 1006 5114 6001 52.

5. Plaintiff was running errands over the next two hours after leaving the Post Office. Ninety minutes after mailing comes a mortifying realization for the Plaintiff: it's highly likely that Plaintiff's mailing label for the 12 PS FORM 3811 hadn't had the street address for the Kinneary Courthouse (Doc. 9). Sixty minutes later at home, Plaintiff confirms his worst fears.

6. Plaintiff's mailing label mistake was the prime culprit for what happened to those missing 10 PS FORM 3811. However, there is a disturbingly inescapable truth behind this unfortunate story. The United States Post Office isn't customer friendly. Somewhere in the system, between Capitol Hill, in Washington, D.C., and the 43215 Columbus, Ohio, mail facility for USPS, those 12 green cards got pigeon-holed. How, why, when, and who decided to do something, as those two cards ended up delivered in late March, we may never know.

7. Plaintiff JOHN PAUL DURBIN hereby accepts full blame for his failure and humbly apologizes to this Court.

8. Plaintiff still seeks clarification from this Court for issues of service for these original 12 Defendants (Doc. 12 at 6 & 7; plaintiff's assumption that Motion of Service upon U.S. Attorney will be Document 12; this reference follows in the following entries).

9. Plaintiff requests whatever service is still required by this Court, for the original 12, to be done by US Marshals, if this Court still asks for individual service (Doc. 12 at 8).

10. Plaintiff's request to the Court for an investigation is not completely moot, though it may not carry as much urgency as before or of concern for SDOH (Doc. 12 at 9).

11. Plaintiff restates opposition to substitution of current officeholders Trump, Bessent, and Vought for Biden, Yellen, and Young; all should remain Defendants, as submitted in the Amended Complaint (Doc. 12 at 10).

## II. ISSUES OF DELAYED SERVICE FOR 113 DEFENDANTS

12. In the interest of brevity, Plaintiff leaves this section, ISSUES OF DELAYED SERVICE, from his Motion For Consolidated Service, of April 25, 2025, unaltered (Doc. 12 at 19-34). As already explained in this motion's Section I, the failure of the return of PS FORM 3811 for the original 12 Defendants lies mostly with the Plaintiff.

## III. SERVICE FOR ALL DEFENDANTS ON THE UNITED STATES ATTORNEY

13. Plaintiff once again notes to the Court his failure to correctly address the PS FORM 3811 for the original 12 Defendants.

14. Plaintiff restates the cost to himself, and the impracticality and delays for each of the 113 new Defendants to be served individually, including part of that burden upon the clerk of court.

15. Plaintiff reaffirms his request for an extension of time for service for 113 new Defendants in the Amended Complaint (Doc. 12 at 38).

16. Plaintiff reaffirms his request for an order from this Court for Consolidated Service upon all Defendants by Service upon the United States Attorney (Doc. 12 at 39).

17. Plaintiff once again humbly apologies to the Court and to the Defense for his "rookie failures" as this process begins. This Plaintiff is human and makes mistakes. In this case, embarrassingly so. I am truly sorry.

Date: April 25, 2025

Respectfully submitted,

*/s/ John Paul Durbin*

JOHN PAUL DURBIN
P.O. Box 66
Walhonding, OH 43843
(571) 250-0112
BereaSandstoneScioto@proton.me
(Plaintiff's new email address)

— 3 —

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th of April 2025, by USPS Priority, I mailed the foregoing to the Clerk of Court, Kinneary Courthouse, for filing. Upon the Clerk's Office docketing of this pleading, notice of this filing will be sent through the Court's electronic filing system to all parties represented by attorneys who are registered users of the Court's electronic filing system as provided for in Fed.R.Civ.P. 5(b)(2)(E).

*[signature: John Paul Durbin]*

JOHN PAUL DURBIN
*Pro Se* Plaintiff