PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



 UNITED STATES POSTAL SERVICE. Retail

## P | US POSTAGE PAID

$10.10

Origin: 43028
04/25/25
3837170528-10

### PRIORITY MAIL®

0 Lb 2.50 Oz

RDC 03

EXPECTED DELIVERY DAY: 04/28/25

C004

SHIP
TO:



RM 121
85 MARCONI BLVD
COLUMBUS OH 43215-2823

**USPS TRACKING® #**



9505 5154 1006 5115 6002 98



PS000010

- Expected delivery
- Domestic shipme
- USPS Tracking®
- Limited internatio
- When used intern

*Insurance does not cov
Domestic Mail Manual a
** See International Mail

**FLAT RAT**
ONE RATE ■ AN

**TRACKED**

destinations.

verage.

Package Pickup,
OR code.

PICKUP




FROM:

John Paul Durbin
PO Box 66
Walhonding OH 43843
(571) 250-0112

U.S. DISTRICT COURT
OFFICE OF THE CLERK
KINNEARY US COURTHOUSE
85 MARCONI BLVD ROOM 121
COLUMBUS OH 43215

X-RAY U.S. MARSHAL

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023. All rights reserved.