IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN PAUL DURBIN,

*Plaintiff,*

v.

JOSEPH BIDEN, in his official capacity as 46th President of the United States; and
JANET YELLEN, in her official capacity as 78th Secretary of Treasury; and
DONALD TRUMP, in his official capacity as 47th President of the United States; and
SCOTT BESSENT, in his official capacity as 79th Secretary of Treasury; and et .al.,

*Defendants.*

Case No. 2:25-cv-00013-MHW-KAJ

FILED
RICHARD W. NAGEL
CLERK OF COURT

APR 28 2025 2:24 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

**PLAINTIFF'S AMENDED MOTION FOR EXTENSION
OF TIME TO FILE A RESPONSIVE PLEADING**

NOW Comes the Plaintiff, John Paul Durbin, for his Amended Motion for Extension of Time to File a Responsive Pleading to the Defendants' Motion To Dismiss Plaintiff's Amended Complaint (Doc. 10) Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, say:

1. Plaintiff reaffirms his Motion for an Extension of Time to File a Responsive Pleading, signed and dated April 24, 2025, in its entirety.

2. Plaintiff still requests that the start date for time to file a responsive pleading does not begin until all matters of service on all 125 has been concluded, understanding that it is up to the Court how much time it will grant and when that extension period will end.

3. Plaintiff, in the half-hour before dashing to the Post Office to mail this, at 2:46 p.m., April 25, 2025, has emailed Opposing Counsel Christopher Yates advising him of yesterday's four filings, including an Extension to File a Responsive Pleading. Plaintiff further explained his failure to

— 1 —

correctly address PS FORM 3811, which will be noted to the Court with today's two filings, including an Amended Motion for an Extension.

4. It has been the mailing label failure by the Plaintiff which has delayed these matters before this Court. Most of that blame lies upon this Plaintiff. Plaintiff expresses his sincere apology to the Court and the Defense for his actions and his failures.

Date: April 25, 2025                     Respectfully submitted,

*[signature: John Paul Durbin]*

JOHN PAUL DURBIN
P.O. Box 66  Walhonding, OH 43843
(571) 250-0122
BereaSandstoneScioto@proton.me
(Plaintiff's new email address)

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th of April 2025, by USPS Priority Mail, I mailed the foregoing to the Clerk of Court, Kinneary Courthouse, for filing. Upon the Clerk's Office docketing of this pleading, notice of this filing will be sent through the Court's electronic filing system to all parties represented by attorneys who are registered users of the Court's electronic filing system as provided for in Fed.R.Civ.P. 5(b)(2)(E).

*[signature: John Paul Durbin]*

JOHN PAUL DURBIN
*Pro Se* Plaintiff