







PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE.    Retail

**P**    US POSTAGE PAID
**$10.10**    Origin: 43028
04/25/25
3837170528-10

PRIORITY MAIL®

0 Lb 2.50 Oz
RDC 03

EXPECTED DELIVERY DAY: 04/28/25

C004

SHIP TO:
RM 121
85 MARCONI BLVD
COLUMBUS OH 43215-2823

USPS TRACKING® #

9505 5154 1006 5115 6002 98

FROM:

John Paul Durbin
PO Box 66
Walhonding OH 43843
(571) 250-0112

X-RAY
U.S. MARSHAL

U.S. DISTRICT COURT
OFFICE OF THE CLERK
KINNEARY US COURTHOUSE
85 MARCONI BLVD ROOM 121
COLUMBUS OH 43215

FLAT RATE
ONE RATE ■ ANY

TRACKED

PS00001